1  Victoria Dillihunt _____ (Full Name)

2  dillihuntvictoria@yahoo.com (Email Address)

3  12035 S. Broadway #C _____ (Address Line 1) (Homeless this is Old Address)

4  Los Angeles CA 90061 (Address Line 2)

5  _____ (Phone Number)

6  Plaintiff in Pro Per

7

**FILED**
CLERK, U.S. DISTRICT COURT

1/19/24

CENTRAL DISTRICT OF CALIFORNIA
BY: eee            DEPUTY

8  ## UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA

10  2:24-cv-00549-FMO-MAR

11  Victoria Tenisha Shanae Dillihunt

12  Plaintiff,

13  vs.

14  Dr. Dre (Interscope Records)

15  Broadway Video

16  Think it's A Game

17  The Game

18  Defendant(s).

19

20  *(All paragraphs and pages must be numbered.)*

**Case No.:** _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☐Yes ☐No

21  ## I. JURISDICTION

22  1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25  ## II. VENUE

26  2. Venue is proper pursuant to 28 U.S.C. § 1391 because the situation

27  took place in County of plaintiffs residence

28

Form prepared by Public
Counsel. © 2010, 2023 Public
Counsel. All rights reserved.
Revised: October 2023

Page Number
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3.    Plaintiff Victoria Tenicha Allhunt _____ resides at:
*(your full name)*

12035 S. Broadway #K

Los Angeles CA 90061 .
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant Dr Dre (Interscope Records) _____ works at
*(full name of Defendant)*

2220 Colorado Ave, 5th Fl, Santa Monica, CA 90404
*(Defendant's place of work)*

Defendant's title or position is  Producer
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because: defendant is a part of the charades of witchcraft. Ex: The true definition of doctor is a teacher of the law however they have switched it to seem medical when its spiritual (battle between witches/sorcerers and Prophetesses/Prophets)

5. Defendant Broadway Video _____ works at
*(full name of Defendant)*

610 9th Ave, New York, NY 10020
*(Defendant's place of work)*

Defendant's title or position is  Video Production
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because: defendant is a part of the charades of witchcraft. Ex: Matthew7:13-Enter ye in at the strait gate: for wide is the gate, and broad is the way that leadeth to destruction.(Ex: Technology/www, Social Networks) music, & movies, etc

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant **Think it's A Game, Records** works at
2  *Insert ¶ #*                *(full name of Defendant)*
3  South DeKalb Mall, 2801 Candler Rd #48, Decatur, GA 30034
4                              *(Defendant's place of work)*

5  Defendant's title or position is CEO; G. "Fly" Henry
6                              *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):
8      ☐ individual capacity          ☒ official capacity

9  This Defendant was acting under color of law because defendant is a part of
10 the charades of Witchcraft. Ex: This is located where my partner was
11 born just like the Game was born in Compton where I was born
12

13

14

15

16 ___. Defendant **The Game (Jayceon Terrell Taylor)** works at
17 *Insert ¶ #*                *(full name of Defendant)*
18 1601 Cloverfield Blvd S.Tower Suite 200 Santa Monica CA 90404
19                              *(Defendant's place of work)*

20 Defendant's title or position is Category 5 Entertainment Inc (Artist)
21                              *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):
24     ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of
26 the charades of Witchcraft. Ex: The Game is born in Compton just like I
27 was born in Compton. and "Think it's a game records" is located in
28 Decatur, Georgia where my partner was born

Page Number

___. Defendant Crystal Geyser _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

10 Pimentel Ct, Novato CA 94949 _____.

                              *(Defendant's place of work)*

Defendant's title or position is CEO _____.

                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Crystal Geyser is a cold water, carbon dioxide driven geyser located on the east bank of the Green River in Utah.

___. Defendant Shakespeare's Globe _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

21 New Globe Walk, London SE1 9DT, United Kingdom _____.

                              *(Defendant's place of work)*

Defendant's title or position is Chief Executive: Stella Kanu _____.

                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: It's called an Elizabethan Playhouse that was built in 1599 & is where William Shakespeare wrote his plays.

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant TOM FORD (Thomas Carlyle Ford) _____ works at

     *Insert ¶ #*                    *(full name of Defendant)*

2
3    12001 Ventura Place Suite 405 Studio City CA, 91604 _____

                                    *(Defendant's place of work)*

4
5    Defendant's title or position is Actor _____.

                                    *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity                ☒ official capacity

8
9    This Defendant was acting under color of law because defendant is a part

10   of the charades of witchcraft.

11   _____

12   _____

13   _____

14
15
16   ___. Defendant Studio Sofield Inc _____ works at

     *Insert ¶ #*                    *(full name of Defendant)*

17
18   W5 Bleecker St Penthouse, New York, NY 10012 _____

                                    *(Defendant's place of work)*

19
20   Defendant's title or position is CEO : William Sofield ___

                                    *(Defendant's title or position at place of work)*

21
22
23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity                ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft.

27   _____

28   _____

                        _____
                        Page Number

             Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Liberty Media _____ works at
Insert ¶ #                       *(full name of Defendant)*

12300 Liberty Blvd, Englewood, CO 80112
*(Defendant's place of work)*

Defendant's title or position is Chairman: John C. Malone.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Liberty Media is symbolic to saying free media however we pay for it & as they liberate media they bind up humanity (digital slavery)

___. Defendant Oxygen Media, LLC _____ works at
Insert ¶ #                       *(full name of Defendant)*

30 Rockefeller Plaza, New York, NY 10112
*(Defendant's place of work)*

Defendant's title or position is Marcia Lee Peterson (Carsy)
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Oxygen Media is symbolic to saying Ephesians 2:2 - Wherein in time past ye walked according to the course of this world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant  The Hoyts Group _____ works at

2    *Insert ¶ #*                              *(full name of Defendant)*

3    680 George Street, Sydney, NSW, 2000, AUSTRALIA _____.
     *(Defendant's place of work)*

4

5    Defendant's title or position is  CFO: Stephen Watson _____.

     *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7          ☐ individual capacity              ☑ official capacity

8

9    This Defendant was acting under color of law because ~~defendant is a part of~~

10   the charades of witchcraft. Ex: The company was established by

11   dentist Arthur Russell in Melbourne, Victoria in 1908, then in 2015

12   it was acquired by a Chinese conglomerate

13

14

15

16   ___.  Defendant  AMC Networks _____ works at

17   *Insert ¶ #*                              *(full name of Defendant)*

18   11 Penn Plaza, New York, NY _____.
     *(Defendant's place of work)*

19

20   Defendant's title or position is  CEO: Kristin Dolan _____.

21                                    *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity              ☑ official capacity

25   This Defendant was acting under color of law because  defendant is a part

26   of the charades of witchcraft. Ex: This used to be called

27   Rainbow Media Holdings, LLC.

28   _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant Australian Broadcasting Corporation (ABC) works at

_Insert ¶ #_                          _(full name of Defendant)_

120 Southbank Blvd, Southbank. VIC 3006, Australia               .

_(Defendant's place of work)_

Defendant's title or position is Radio Broadcast Network           .

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: This is another way the world
has been hiding behind me while pretending to be the true
speaker for life (Vic = Victoria)

___.  Defendant Disney-ABC Television Group          works at

_Insert ¶ #_                          _(full name of Defendant)_

ABC Riverside Building, 2300 W Riverside Dr, Burbank, CA 91506         .

_(Defendant's place of work)_

Defendant's title or position is Media                   .

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: This is how disney has been
governing my life w/ sorcery because I grew up in Riverside
before moving back to LA and then working at Disneyland.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Texas Corpus de Cristi                                works at

*Insert ¶ #*                    *(full name of Defendant)*

1201 Leopard St, Corpus Christi TX 78401                          .

*(Defendant's place of work)*

Defendant's title or position is Mayor Paulette M. Guajardo    .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because the defendant is a state named Corpus de Cristi meaning "Body of Christ" however it was another way for the world to make money off of Jesus while denying him which is robbery and it was a way to try and put His body in the ground using witchcraft.

___. Defendan Teatro Dal Verme                                    works at

*Insert ¶ #*                    *(full name of Defendant)*

Via S. Giovanni sul Muro, 2, 20121 Milano MI, Italy              .

*(Defendant's place of work)*

Defendant's title or position is Media                            .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because the defendant is the location of the Italian Film from 1892 named Pagliacci which is another form of witchcraft and spells however produced thru film & the arts!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Wiltern Theatre _____ works at

*Insert ¶ #*                        *(full name of Defendant)*

3790 Wilshire Blvd, Los Angeles CA 90010 _____

*(Defendant's place of work)*

Defendant's title or position is ___CEO_____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft _____

_____

_____

_____

___. Defendant Weinberg Center for Arts _____ works at

*Insert ¶ #*                        *(full name of Defendant)*

20 West Patrick Street, Frederick, Maryland 21701 ___

*(Defendant's place of work)*

Defendant's title or position is President : Detric Kemp _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Patrick street represents Patrick Anthony Powers _____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant  Screen Ireland                                      works at

2    *Insert ¶ #*                    *(full name of Defendant)*

3    14-16 Lord Edward St, Temple Bar, Dublin 2, D02 YC03              .
                          *(Defendant's place of work)*

4

5    Defendant's title or position is  Fís Éireann                     .
                          *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

       ☐ individual capacity              ☒ official capacity
8

9    This Defendant was acting under color of law because  defendant is a part of

10   the charades of witchcraft. Ex: Production Company for Irish film Patrick's Day.

11   _____

12   _____

13   _____

14

15

16   ___. Defendant  Egg Post Production and VFX                       works at

17   *Insert ¶ #*                    *(full name of Defendant)*

18   35 Fitzwilliam Street Upper, Dublin, D02 FW07, Ireland
                          *(Defendant's place of work)*

19

20   Defendant's title or position is  CEO: Gary Shortall             .

21                         *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ☒ official capacity

25   This Defendant was acting under color of law because  defendant is a part of

26   the charades of witchcraft. Ex: Did movie Cardboard Gangsters w/ Damien Dempsey

27   _____

28   _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Ignition Film Productions (IFTN) works at

2    _Insert ¶ #_                    *(full name of Defendant)*

3    Ardmore Studios, Bray, Co. Wicklow, Ireland

                        *(Defendant's place of work)*

4

5    Defendant's title or position is Producer Tim Palmer

6                        *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity        ☒ official capacity

9

10   This Defendant was acting under color of law because defendant is a part of

11   the charades of witchcraft. Ex: Did the movie Patrick's Day in 2014 (an Irish

12   drama film)

13

14

15

16   ___. Defendant Underground Films works at

17   _Insert ¶ #_                    *(full name of Defendant)*

18   102 Furry Park Road, Dublin 5, Dublin

                        *(Defendant's place of work)*

19

20   Defendant's title or position is Director: Ms. Lysaght

21                        *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. Ex: Production Company for Irish film Patrick's Day.

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
____. Defendant __Toei Animation (Japan)__ works at

*Insert ¶ #*                          *(full name of Defendant)*

2
3
__5F Nakano Central Park East, 4-10-1, Nakano, Nakano-ku, Tokyo 164-0001, Japan__
*(Defendant's place of work)*

4

5
Defendant's title or position is __Animation Media__.
*(Defendant's title or position at place of work)*

6
This Defendant is sued in his/her (check one or both):

7
☐ individual capacity        ☑ official capacity

8

9
This Defendant was acting under color of law because __defendant is caught__

10
__in a charade of witchcraft__

11

12

13

14

15

16
____. Defendant __Toei Company Ltd.__ works at

17
*Insert ¶ #*                          *(full name of Defendant)*

18
__2-17 Ginza 3-chome, Chūō, Tokyo, Japan__.
*(Defendant's place of work)*

19

20
Defendant's title or position is __Animation Media__.

21
*(Defendant's title or position at place of work)*

22

23
This Defendant is sued in his/her (check one or both):

24
☐ individual capacity        ☑ official capacity

25
This Defendant was acting under color of law because __defendant is caught__

26
__in a charade of witchcraft__

27

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant <u>Ministry of Land, Infrastructure, Transport, and Tourism</u> works at

2   *Insert ¶ #*                  *(full name of Defendant)*

3   <u>2-1-3 Kasumigaseki, Chiyoda-ku, Tokyo 100-8918 Japan</u>

                         *(Defendant's place of work)*

5   Defendant's title or position is   <u>MLT Minister (Re: Tetsuo Saitō)</u>.

                               *(Defendant's title or position at place of work)*

7   This Defendant is sued in his/her (check one or both):

8     ☐ individual capacity           ☒ official capacity

9   This Defendant was acting under color of law because <u>defendant is caught</u>

10  <u>in a charade of witchcraft</u>

This Defendant was acting under color of law because _____

<br>

16   ___. Defendant   <u>Tokyu Corporation</u>   works at

17   *Insert ¶ #*                  *(full name of Defendant)*

18   <u>5-6 Nanpeidaichō, Shibuya-ku, Tokyo Japan</u>

                         *(Defendant's place of work)*

20   Defendant's title or position is <u>Anime Media</u>.

                           *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity           ☒ official capacity

25   This Defendant was acting under color of law because <u>defendant was founded</u>

26  <u>by Keita Gotō and is caught in a web of witchcraft</u>

<br>

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Verizon Communications Inc _____ works at
*Insert ¶ #* _____(full name of Defendant)_____

1095 Avenue of the Americas, New York City, New York
_____(Defendant's place of work)_____

Defendant's title or position is Telecommunications (Re: Tony Skiadas/CFO).
_____(Defendant's title or position at place of work)_____

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant has partaken
in the witchery of another parties charades in the digital realm of
Seotan aka Universe which has locked up the people in the realm
of the dead/demons

___. Defendant Sony Pictures Entertainment Inc. works at
*Insert ¶ #* _____(full name of Defendant)_____

10202 West Washington Blvd Culver City
_____(Defendant's place of work)_____

Defendant's title or position is Entertainment (Re: Tony Vinciquerra/CEO).
_____(Defendant's title or position at place of work)_____

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant has partaken
in the witchery of another parties charades in the digital realm of
Seotan aka Universe which has locked up the people in the realm
of the dead/demons.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Sandpoint Capital Management_ works at
2   *Insert ¶ #*          *(full name of Defendant)*
3   _375 Park Ave 33rd fl, New York, NY 10152_ .
                        *(Defendant's place of work)*
4
5   Defendant's title or position is _CEO Stephen Ketchum_ .
                                    *(Defendant's title or position at place of work)*
6
    This Defendant is sued in his/her (check one or both):
7
8          ☐ individual capacity          ☒ official capacity

9   This Defendant was acting under color of law because _defendant has_
10  _partaken in another parties charades of witchcraft_
11
12
13
14
15
16  ___. Defendant _Netflix Inc_ works at
17  *Insert ¶ #*          *(full name of Defendant)*
18  _100 Winchester Circle, Los Gatos, CA 95032_
                        *(Defendant's place of work)*
19
20  Defendant's title or position is _Media Entertainment (Re: Reeds Hastings)_
21                                  *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity          ☒ official capacity
25  This Defendant was acting under color of law because _defendant has_
26  _partaken in another parties charades of witchcraft._
27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Neverland Ranch aka Sycamore Valley Ranch works at
*Insert ¶ #*                    *(full name of Defendant)*

5225 Figueroa Mountain Road, Los Olivos, CA
                    *(Defendant's place of work)*

Defendant's title or position is Owner Ronald Burkle
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Michael Jackson left Neverland after accusations of child molestation so this property is still cursed with such sickness in the spirit realm

___. Defendant David Geffen works at
*Insert ¶ #*                    *(full name of Defendant)*

100 Universal City Plaza, Universal City, California
                    *(Defendant's place of work)*

Defendant's title or position is Part founder of DreamWorks
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Using the location is another way the people make a statement. For instance: Universal

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Hollywood Bollywood Theater    works at
Insert ¶ #           *(full name of Defendant)*

Lakshmipuram Main Rd, beside meeseva, Brodipet, Guntur, Andhra Pradesh 522002, India
*(Defendant's place of work)*

Defendant's title or position is CEO

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft: This is How they are role playing and running from the responsibility of what they did and this proves them trying to swap destinys

___. Defendant Bollywood Theater    works at
Insert ¶ #           *(full name of Defendant)*

2039 NE Alberta St, Portland, OR 97211
*(Defendant's place of work)*

Defendant's title or position is CEO

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft: This is the Backdoor way of Hollywood running from responsibility over their actions.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant CNN Center _____ works at
2    *Insert ¶ #*          *(full name of Defendant)*
     I CNN Center Atlanta, Georgia 30303
3                         *(Defendant's place of work)*
4
5    Defendant's title or position is CEO: Mark Thompson
                                      *(Defendant's title or position at place of work)*
6
     This Defendant is sued in his/her (check one or both):
7
              ☐ individual capacity        ☒ official capacity
8
9    This Defendant was acting under color of law because defendant is a part of
10   the charades of witchcraft.
11
12
13
14
15
16   ___. Defendant Centennial Olympic Park _____ works at
17   *Insert ¶ #*          *(full name of Defendant)*
     285 Andrew Young International Blvd NW, Atlanta, GA 30313
18                        *(Defendant's place of work)*
19
20   Defendant's title or position is CHAIR: GLENN HICKS
21                                   *(Defendant's title or position at place of work)*
22
23   This Defendant is sued in his/her (check one or both):
24            ☐ individual capacity        ☒ official capacity
25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: Olympics is a representation of
27   the paganism in Greece and in the word Centennial you can sound
28   out SIN which is exactly what paganism is because it's Idoltry.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Teach Solais/Lighthouse _____ works at
*Insert ¶ #*                (full name of Defendant)

Unit 3, Woodstock Business Park, Newcastle Rd, Woodstock Demesne, Kilcoole, Co. Wicklow, A03 D702, Ireland
                    (Defendant's place of work)

Defendant's title or position is  Mark O'Brien _____
                        (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

___. Defendant Five Knight Films _____ works at
*Insert ¶ #*                (full name of Defendant)

Kimmage, Harold's Cross, Dublin IE
                (Defendant's place of work)

Defendant's title or position is  Richard Bolger (Director) _____
                        (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant Studland _____ works at

2   Insert ¶ #                    *(full name of Defendant)*

3   Hose of Commons, London SW1AA OAA

                              *(Defendant's place of work)*

4

5   Defendant's title or position is Shadow Leader for Hose of Commons : Lucy Powel

6                                   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

7

8        ☐ individual capacity          ☒ official capacity

9

This Defendant was acting under color of law because defendant is a part of

10  the charades of witchcraft. Ex: Studland symbolizes where horses are kept.

11  Its located in South Dorset which is represented by House of Commons

12

13  _____

14

15

16

___. Defendant British Broadcasting Corporation (BBC) works at

17  Insert ¶ #                    *(full name of Defendant)*

18  101 Wood Ln, WHITE CITY, LONDON W12 7FA UK

                              *(Defendant's place of work)*

19

20  Defendant's title or position is Chairwoman: Elan Closs Stephens

21                                   *(Defendant's title or position at place of work)*

22

This Defendant is sued in his/her (check one or both):

23

24       ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the charades of witchcraft. Ex: It is a statutory corporation (a government entity

27  created as a statutory body by statue with a royal charter

28

_____
Page Number

___. Defendant Cineplex Entertainment _____ works at

Insert ¶ #                    *(full name of Defendant)*

1308 Yonge Street Toronto Ontario M4T 2Y9 _____.

*(Defendant's place of work)*

Defendant's title or position is CEO _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Revenue is $1056.066 mark of Beast

_____

_____

___. Defendant World of Coca-Cola _____ works at

Insert ¶ #                    *(full name of Defendant)*

121 Baker St NW, Atlanta Georgia 30813 _____.

*(Defendant's place of work)*

Defendant's title or position is CEO _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _Paramount Pictures_ works at

2   Insert ¶ # _____ _(full name of Defendant)_

3   _5555 Melrose Ave Hollywood CA_ .

4   _(Defendant's place of work)_

5   Defendant's title or position is _CEO: Brian Robbins_

6   _(Defendant's title or position at place of work)_

7   This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

8

9

10   This Defendant was acting under color of law because _defendant is a part of_

11   _the charades of witchcraft._

12

13

14

15

16

17   ___. Defendant _AMC Theatres_ works at

    Insert ¶ # _____ _(full name of Defendant)_

18   _One AMC Way, 11500 Ash Street, Leewood, KS 66211_ .

19   _(Defendant's place of work)_

20   Defendant's title or position is _CEO: Adam Aron_

21   _(Defendant's title or position at place of work)_

22

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity          ☑ official capacity

25   This Defendant was acting under color of law because _defendant is a part of_

26   _the charades of witchcraft._

27

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Feld Entertainment Inc                    works at
2   *Insert ¶ #*                  *(full name of Defendant)*
3   800 Feld Wy, Palmetto, Florida 34221                    .
                              *(Defendant's place of work)*
4

5   Defendant's title or position is CEO : Kenneth Feld                    .
6                                  *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity          ☒ official capacity
8

9   This Defendant was acting under color of law because defendant is a part of
10  the charades of witchcraft. Ex: This is the parent company of
11  Disney on Ice, Monster Jam, etc.
12

13  _____

14

15

16  ___. Defendant Gamble Plantation Historic State Park            works at
17  *Insert ¶ #*                  *(full name of Defendant)*
18  3708 Northeast, Patten Ave, Ellenton, FL 34222                .
                              *(Defendant's place of work)*
19

20  Defendant's title or position is Secretary of Florida Department of Environmental Shawin Hamilton
21                                  *(Defendant's title or position at place of work)*
22

23  This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft. Ex : This was home to Major Robert
27  Gamble & it was the Headquarters of an extensive sugar plantation.
28  _____

---
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Merit School of Music     works at

*Insert ¶ #*     *(full name of Defendant)*

2

3   38 S Peoria St, Chicago, Illinois 60607   .

*(Defendant's place of work)*

4

5   Defendant's title or position is Executive Director: Charles Grode   .

*(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

☐ individual capacity     ☒ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. Ex: King Charles III is why your seeing Charles Grode

11 as president, Mark of Beast (666) is why Mark Richard is their marketing guy because of

12 money (666 the 100 daler was made), Francy Acosta over Voice represents Pope Francis, Claire

13 Bachman over the Cello represents Clareveyance (witchcraft), Iris Wei over the violin represents

14 Iris goddess of the rainbow, iris which is the colored part of the eye, iris the flower, and from

15 a backwards view IRIS = SIRI (Artificial intelligience).

16   ___. Defendant Merit Motion Pictures     works at

17 *Insert ¶ #*     *(full name of Defendant)*

18 243 Princess Street Winnipeg, Manitoba, R3B 1M2   .

*(Defendant's place of work)*

19

20   Defendant's title or position is CEO: Merit Jensen Carr   .

21 *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

☐ individual capacity     ☒ official capacity

24

25   This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft.

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _The Mill_____ works at
    Insert ¶ #              *(full name of Defendant)*

2
3   11-14 Windmill Street, London, W1T 2JG, United Kingdom
                           *(Defendant's place of work)*
4
5   Defendant's title or position is _President - Josh Mandel_____
                                     *(Defendant's title or position at place of work)*
6
    This Defendant is sued in his/her (check one or both):
7
          ☐ individual capacity        ☒ official capacity
8
9
    This Defendant was acting under color of law because _defendant is a part of_
10  _the charades of witchcraft._
11  _____
12  _____
13  _____
14
15
16  ___. Defendant _Scott Free Productions (U.K.)_____ works at
    Insert ¶ #              *(full name of Defendant)*
17
18  42-44 Beak Street, London, W1F 9RH
                           *(Defendant's place of work)*
19
20  Defendant's title or position is _CEO - David W. Zucker_____
21                                   *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity        ☒ official capacity
25  This Defendant was acting under color of law because _defendant is a part of_
26  _the charades of witchcraft. Ex: it's a British-American independant_
27  _film company however that's why America has been perverted_
28  _because of a British film company who made the Great Gay Road movie_

1  ___. Defendant  Image Theatre  works at

Insert ¶ #                      *(full name of Defendant)*

2

3  23 Trafford Road Norwich, Norfolk, NR1 2QW

*(Defendant's place of work)*

4

5  Defendant's title or position is  CEO

*(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

8

9

10  This Defendant was acting under color of law because  defendant is a part of

the charades of witchcraft.

11

12

13

14

15

16  ___. Defendant  The New Victory Theater  works at

17  Insert ¶ #                      *(full name of Defendant)*

18  229 W. 42nd St New York, NY 10036

*(Defendant's place of work)*

19

20  Defendant's title or position is  Administration Office

21                          *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because  defendant is a part of

26  the charades of witchcraft.

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Capitol Christian Music Group _____ works at
2  Insert ¶ #                    *(full name of Defendant)*
3  101 Winners Circle North, Brentwood, Tennessee 37027 .
                        *(Defendant's place of work)*

4

5  Defendant's title or position is Music Company .
                        *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7  ☐ individual capacity          ☒ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft. _____
11 _____
12 _____
13 _____

14

15

16 ___. Defendant Holy Cross Cemetery in Anaheim ___ works at
17 Insert ¶ #                    *(full name of Defendant)*
18 619 South Euclid Anaheim CA 92802 .
                        *(Defendant's place of work)*

19

20 Defendant's title or position is Cemetary .
21                     *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. This is down the street from
27 Disneyland so this would be where the swap of the
28 kids saols transfer through symbolically.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Mushi Production                          works at
     *Insert ¶ #*                    *(full name of Defendant)*
2    2-30-5, Fujimidai Nerimaku, Tokyo, 177-0034 Japan
3                              *(Defendant's place of work)*

4

5    Defendant's title or position is Media Industries
                                      *(Defendant's title or position at place of work)*
6

7    This Defendant is sued in his/her (check one or both):

8         ☐ individual capacity                    ☐ official capacity

9    This Defendant was acting under color of law because defendant received
10   animated television and film productions from Rankin/Bass
11   who was one of the first western studios to outsource to foreign
12   countries.

13

14

15

16   ___. Defendant Top Craft Co. Ltd                        works at
17   *Insert ¶ #*                    *(full name of Defendant)*
18   Th Sky Building 2F, 1-18-6 Minami Asagaya, Suginami-ku, Tokyo.
                              *(Defendant's place of work)*
19

20   Defendant's title or position is Media
21                                    *(Defendant's title or position at place of work)*
22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity                    ☑ official capacity

25   This Defendant was acting under color of law because defendant is
26   caught in witchcraft

27

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Paramount Global _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

2    1515 Broadway New York NY 10036 _____

3                                *(Defendant's place of work)*

4

5    Defendant's title or position is  Media Entertainment _____

*(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

8

9    This Defendant was acting under color of law because *defendant was a*

10   *partaker of another parties charades of witchery*

11   _____

12   _____

13   _____

14

15

16   ___. Defendant Sony Group Corporation _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

17

18   1-7-1 Konan Minato-ku, Tokyo, 108-0075 Japan

*(Defendant's place of work)*

19

20   Defendant's title or position is  Conglomerate _____

*(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

24

25   This Defendant was acting under color of law because *defendant was a*

26   *partaker of another parties charades of witchery*

27   _____

28   _____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ____. Defendant Marvel Studios, LLC                        works at
        Insert ¶ #              (full name of Defendant)

2   Frank G. Wells Building 2nd Floor, 500 S. Buena Vista St, Burbank CA

3                              (Defendant's place of work)

4

5   Defendant's title or position is Film (Re: Kevin Feige)
                                     (Defendant's title or position at place of work)

6

7   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☒ official capacity
8

9   This Defendant was acting under color of law because defendant has partaken

10  in the witchery of another parties charades in the digital realm of

11  Satan aka Universe which has locked up the people in the realm

12  of the dead/demons

13

14

15

16  ____. Defendant Scripps Center (Corporate Headquarters) works at
        Insert ¶ #              (full name of Defendant)

17

18  312 Walnut St Suite 2800 Cincinnati, OH 45202
                              (Defendant's place of work)

19

20  Defendant's title or position is  Media
                                     (Defendant's title or position at place of work)

21

22

23  This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☒ official capacity
24

25  This Defendant was acting under color of law because  defendant has partaken

26  in another parties charades of witchery

27

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.    Defendan. Wang Film Productions (aka) Hong Guag Animation works at

*Insert ¶ #* *(full name of Defendant)*

No. 542-b, Zhongzheng Rd., Xindian City, Taipei County 231, Taiwan

*(Defendant's place of work)*

Defendant's title or position is Medca

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☑ official capacity

This Defendant was acting under color of law because defendant is caught in witchcraft

___.    Defendant Hong Guang Animation (Suzhou) works at

*Insert ¶ #* *(full name of Defendant)*

No. 137 BaoDai West Road, WuZhong Qu, Su Zhou City, Jiang Su Province, China

*(Defendant's place of work)*

Defendant's title or position is Medca

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☑ official capacity

This Defendant was acting under color of law because defendant is caught in witchcraft

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant: Republic           Records              ___ works at
     *Insert ¶ #*              *(full name of Defendant)*

2    380 E 52nd St, New York City, NY 10022                    .
3                              *(Defendant's place of work)*

4

5    Defendant's title or position is  Record Label            .
                                       *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity            ☒ official capacity

8

9    This Defendant was acting under color of law because  defendant is
10   caught in a charade of witchcraft

11   _____

12   _____

13   _____

14

15

16   ___. Defendant  Photo Finish Records            ___ works at
17   *Insert ¶ #*              *(full name of Defendant)*

18   235 Park Ave South 9th Floor, New York, NY 10003
                              *(Defendant's place of work)*

19

20   Defendant's title or position is  Media
21                                     *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity            ☒ official capacity

25   This Defendant was acting under color of law because defendant specializes
26   in alternative rock, pop, and electronic artist

27   _____

28   _____

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Reprise Records_____ works at

_Insert ¶ #_                        _(full name of Defendant)_

2   _3300 Warner Blvd, Burbank, CA 91505_____
3                                    _(Defendant's place of work)_

4

5   Defendant's title or position is _Record Label_____.
                                    _(Defendant's title or position at place of work)_

6   This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity              ☒ official capacity

8

9   This Defendant was acting under color of law because _defendant was created_

10  _by Frank Sinatra in 1960 however is now owned by Warner Music_

11  _Group. They are all a part of the charades of witchcraft.___

12

13

14

15

16  ___. Defendant _Warner Music Sweden_____ works at

17  _Insert ¶ #_                        _(full name of Defendant)_

18  _Rehnsgatan 20, 113 57 Stockholm, Sweden_____
                                    _(Defendant's place of work)_

19

20  Defendant's title or position is _Record Label_____.
                                    _(Defendant's title or position at place of work)_

21

22  This Defendant is sued in his/her (check one or both):

23      ☐ individual capacity              ☒ official capacity

24  This Defendant was acting under color of law because _defendant is a_

25  _part of the charades of witchcraft_____

26

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Warner Bros. Discovery, Inc _____ works at
Insert ¶ #                    *(full name of Defendant)*

230 Park Avenue South, New York City   10003 .
                    *(Defendant's place of work)*

Defendant's title or position is   Conglomerate .
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of another parties charade of witchcraft _____

_____

_____

___. Defendant Camp Stevens _____ works at
Insert ¶ #                    *(full name of Defendant)*

1108 Banner Road Julian CA 92036 .
                    *(Defendant's place of work)*

Defendant's title or position is   Diocesan Camp (for Episcopal Church) .
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of another parties charade of witchcraft _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Def Jam** _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

**1755 Broadway New York, NY  10019** _____.

*(Defendant's place of work)*

Defendant's title or position is **Record Label** _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **defendant is caught in witchcraft. Broadway is the road to destruction (Matthew 7:13-14) so Def Jam symbolizes being spiritually deaf.**

___. Defendant **Trinity, North Carolina** _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

**6923 Stone Gables Dr. Thomasville NC, 27360** _____.

*(Defendant's place of work)*

Defendant's title or position is **Mayor Richard McNabb** _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **Trinity is where the Methodist & Quakers founded Brown School in 1838 which is now called Duke University in Durham North Carolina.**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Universal Music Group                    works at

2    *Insert ¶ #*                *(full name of Defendant)*

3    's-Gravelandseweg 80, 1217 EW Hilversum, Netherlands .

                                    *(Defendant's place of work)*
4

5    Defendant's title or position is Record Label                    .

6                                          *(Defendant's title or position at place of work)*

     This Defendant is sued in his/her (check one or both):
7

8        ☐ individual capacity              ☑ official capacity

9
     This Defendant was acting under color of law because defendant is
10
     caught up in witchcraft
11

12

13

14

15

16   ___. Defendant Amywinehouse Foundation              works at

17   *Insert ¶ #*                *(full name of Defendant)*

18   5a Bear Lane, London SE1 0UH,

                                    *(Defendant's place of work)*
19

20   Defendant's title or position is Charity                    .

21                                          *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☑ official capacity

25   This Defendant was acting under color of law because defendant is

26   caught in witchcraft

27

28

                                    Page Number

                        Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Rockingham County, North Carolina_ works at
*Insert ¶ #*                          *(full name of Defendant)*

_371 NC HWY 65, Reidsville, NC 27320_ .
*(Defendant's place of work)*

Defendant's title or position is _Chairman: Mark Richardson_
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: This is the county the artist The Dream was born in._

___. Defendant _Radio Killa_ works at
*Insert ¶ #*                    *(full name of Defendant)*

_133 Peachtree St, NE, #4070 Atlanta Georgia 30303_ .
*(Defendant's place of work)*

Defendant's title or position is _Record Label_
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Record Label for artist such as the Dream_

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Warner Music Latina _____ works at

Insert ¶ #    *(full name of Defendant)*

2    555 Washington Ave #400 Miami Beach FL 33139

3    *(Defendant's place of work)*

5    Defendant's title or position is CEO

    *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7    ☐ individual capacity    ☒ official capacity

9    This Defendant was acting under color of law because defendant is part of the

10    charades of witchcraft. Ex: This is how Latin America has tried to

11    take the music as their own

16    ___. Defendant Alex Antonia Monserrate Sosa _____ works at

Insert ¶ #    *(full name of Defendant)*

18    2465 Northeast 12ᵀᴴ Ter Pompano Beach FL 33064

    *(Defendant's place of work)*

20    Defendant's title or position is DJ Monserrate

    *(Defendant's title or position at place of work)*

23    This Defendant is sued in his/her (check one or both):

24    ☐ individual capacity    ☒ official capacity

25    This Defendant was acting under color of law because defendant is part of the

26    charades of witchcraft. Ex: In Monserrate of the Caribbean Coast

27    that's where a part of the spell was cast against Antonio

28    my partner & here is somebody with both names in his name

1    ____. Defendant Arcángel (Austin Augustin Santos _____ works at
2    Insert ¶ #                    (full name of Defendant)
3    B-7 Gautier Benitez Urb Villa Del Carmen, Caguas, Puerto Rico 00725 .
     (Defendant's place of work)

5    Defendant's title or position is Pina Record Artist _____.
                                      (Defendant's title or position at place of work)

6    This Defendant is sued in his/her (check one or both):

7    ☐ individual capacity                    ☒ official capacity

9    This Defendant was acting under color of law because defendant is part of the
10   charades of witchcraft. Ex: Having the nickname ArcAngel. He is also
11   known as LA Maravilla
12

16   ____. Defendant Sony Music Entertainment US Latin LLC Branch works at
17   Insert ¶ #                    (full name of Defendant)
18   3390 Mary St Ste 220 Coconut Grove FLORIDA 33133
                              (Defendant's place of work)

20   Defendant's title or position is CFO
                                      (Defendant's title or position at place of work)

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity                    ☒ official capacity

25   This Defendant was acting under color of law because defendant is part of the
26   charades of witchcraft. Ex: This is another way that latin America has
27   tried to take the music as their own and given it to the Japanese
28   who is the one that owns SONY! Sony=Japan & Mary + Coconut =
                                                        Roman Catholic.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 | \_\_\_. Defendant GoldStar Music & Management works at
2 | Insert ¶ #                                    *(full name of Defendant)*
3 | 1606 Ponce de Leon Ave, San Juan, PR, 00929 .
  |                                    *(Defendant's place of work)*
4 |
5 | Defendant's title or position is Javier Gomez .
  |                                          *(Defendant's title or position at place of work)*
6 |
7 | This Defendant is sued in his/her (check one or both):
  |        ☐ individual capacity            ☒ official capacity
8 |
9 | This Defendant was acting under color of law because defendant is part of the
10| charades of witchcraft. Ex:
11|
12|
13|
14|
15|
16| \_\_\_. Defendant Limbo Records works at
17| Insert ¶ #                                    *(full name of Defendant)*
18| 113 Vardar Avenue, Glasgow G76 7RR, UK .
  |                                    *(Defendant's place of work)*
19|
20| Defendant's title or position is Michael @ 23 precinct music .
21|                                          *(Defendant's title or position at place of work)*
22|
23| This Defendant is sued in his/her (check one or both):
  |        ☐ individual capacity            ☒ official capacity
24|
25| This Defendant was acting under color of law because defendant is part of the
26| charades of witchcraft Ex; In the Catholic Church the word Limbo
27| means the afterlife condition of those who die in original sin
28| without be assigned to the Hell of the Damn

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Parlophone Records Limited_____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_27 Wrights Lane London, W8 5SW United Kingdom_____.

*(Defendant's place of work)*

Defendant's title or position is _Record Label_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Germany Company_____

_____

_____

_____


___. Defendant _Unitarian Universalist Association_____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_24 Farnsworth St, Boston, MA 02210_____.

*(Defendant's place of work)*

Defendant's title or position is _Rev: Steve Dick_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex:_____

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant RCA Records (Sony) _____ works at
     *Insert ¶ #*                    *(full name of Defendant)*

2    9830 Wilshire Blvd Beverly Hills CA 90212
3                              *(Defendant's place of work)*

4

5    Defendant's title or position is Record Label
                                   *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7         ☐ individual capacity          ☒ official capacity

8

9    This Defendant was acting under color of law because defendant distributed
10   for Ram Records the US label from Shreveport Louisiana that
11   was created by Myra Smith. Myra Smith died August 26, 1989
12   which was 3 days after I was born.

13

14

15

16   ___. Defendant Sony Music Entertainment _____ works at
17   *Insert ¶ #*                    *(full name of Defendant)*

18   25 Madison Ave, New York, NY 10010
                              *(Defendant's place of work)*

19

20   Defendant's title or position is Record Label
21                              *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because defendant oversees
26   RCA which distributed for Ram Records from Louisiana
27   & the CEO died 3 days after I was born. Defendant is
28   caught in another parties charades of witchcraft

---
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant __Warner Music Group__ works at

Insert ¶ #                              *(full name of Defendant)*

2

3

__1633 Broadway, New York City, NY__

*(Defendant's place of work)*

4

5

Defendant's title or position is __Music Entertainment (Re: Robert Kyncl )__

*(Defendant's title or position at place of work)*

6

7

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

8

9

This Defendant was acting under color of law because __defendant oversees__

10

__many labels like Reprise that was created like Frank Sinatra. All__

11

__these people have been in the charades of witchery__

12

13

14

15

16

___. Defendant __Ross's Rock Emporium & Chicago Records__ works at

Insert ¶ #                              *(full name of Defendant)*

17

18

__400 E. North St., Bradley  Illinois  60915__

*(Defendant's place of work)*

19

20

Defendant's title or position is __Record Label Store__

*(Defendant's title or position at place of work)*

21

22

23

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

24

25

This Defendant was acting under color of law because __caught in a__

26

__charade of witchcraft__

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Columbia Records_____ works at

*Insert ¶ #*                  *(full name of Defendant)*

550 Madison Ave New York, NY 10022_____.

*(Defendant's place of work)*

Defendant's title or position is _Record Label_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because _defendant is a_

_part of the witchcraft of another parties charades_____

___. Defendant _Chicago Band_____ works at

*Insert ¶ #*                  *(full name of Defendant)*

777 S. Santa Fe Ave Los Angeles CA_____.

*(Defendant's place of work)*

Defendant's title or position is _Rhino Entertainment Company, CEO: Mark Pinkus_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because _defendant is a_

_part of another parties charades of witchcraft_____

———————
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant __RCA Records (Sony)_____ works at
     Insert ¶ #           *(full name of Defendant)*

2    550 Madison Ave. 11th floor, New York, NY 10022                    .

3                        *(Defendant's place of work)*

4

5    Defendant's title or position is Record label (                    .
                                    *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7    ☐ individual capacity          ☒ official capacity

8

9    This Defendant was acting under color of law because _defendant distributed_

10   for Ram Records the US label from Shreveport, Louisiana that

11   was created by Myra Smith. Myra Smith died August 26, 1989.

12   which was 3 days after I was born.

13

14

15

16   ___. Defendant RCA Records (Sony)_____ works at
     Insert ¶ #           *(full name of Defendant)*

17

18   9 Derry St. 4th floor, London, W8 5HY England,                     .
                        *(Defendant's place of work)*

19

20   Defendant's title or position is Record label                      .

21                      *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because _defendant distributed_

26   for Ram Records the US label from Shreveport, Louisiana. that

27   was created by Myra Smith. Myra Smith died August 29, 1989

28   which was 3 days after I was born.|

                        _____
                        Page Number

              Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Sony Music Entertainment Italy _____ works at

*Insert ¶ #*                        *(full name of Defendant)*

Via Carlo Imbonati, 22, 20159 Milano MI, Italy _____.

*(Defendant's place of work)*

Defendant's title or position is President Andrea Rosi _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Sony is Son+y (y in spanish is and) which is where the swap takes place because Lucifer(satan) is the morning star (meaning SUN (supposedly) but instead it's spelled(curse) Son and Jesus Christ of Nazareth is the Son of God. Also, the irony about SONY being in Italy is the fact that it's in Milan which is where Visconti of Milan motto is : (paraphrased: Never violate the ways of the serpent

___. Defendant Technicolor Animation Productions (Vantiva) works at

*Insert ¶ #*                        *(full name of Defendant)*

8-10 Rue du Renard, 75004 Paris, France _____.

*(Defendant's place of work)*

Defendant's title or position is CEO: Caroline Parot & Deputy CEO : Christian Robertson.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant _Christmas Island, Nova Scotia_ works at

2 *Insert ¶ #*                    *(full name of Defendant)*

3 _320 Esplanade Sydney, Nova Scotia B1P 7B9_ .

                              *(Defendant's place of work)*

4

5 Defendant's title or position is _Mayor: Amanda McDougall_ .

6                                  *(Defendant's title or position at place of work)*

6 This Defendant is sued in his/her (check one or both):

7    ☐ individual capacity        ☒ official capacity

8

9 This Defendant was acting under color of law because _defendant is part of the_

10 _charades of witchcraft. Ex: Christmas means Christ Massacre_

11 _and Santa means Satan_

12

13 _____

14

15

16 ___. Defendant _Uptown Records_ works at

17 *Insert ¶ #*                    *(full name of Defendant)*

18 _48 East Farm St, Waterbury, Connecticut_ .

                              *(Defendant's place of work)*

19

20 Defendant's title or position is _CEO Paul Ushie_ .

21                                  *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24    ☐ individual capacity        ☒ official capacity

25 This Defendant was acting under color of law because _defendant is part of the_

26 _charades of witchcraft Ex: I used to live in the Uptown here in_

27 _Compton CA. I endured alot of abuse there as well._

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. **Defendant** Will Smith Overbrook Ent. INC     **works at**

2    *Insert ¶ #*            *(full name of Defendant)*

    1880 Century Park East, Suite 1600, Los Angeles CA 90067

3                         *(Defendant's place of work)*

4

5    **Defendant's title or position is** ACTOR

6                            *(Defendant's title or position at place of work)*

   **This Defendant is sued in his/her (check one or both):**

7

8        ☐ **individual capacity**        ☒ **official capacity**

9

10    **This Defendant was acting under color of law because** defendant is a part of

the charade of witchcraft. Ex: The TV shows and movies he starred in:

11   Fresh Prince of Bel Air, Independence Day, Hancock, I-Robot, I AM

12   Legend, etc.

13

14

15

16    ___. **Defendant** Vivica A. Fox     **works at**

17    *Insert ¶ #*            *(full name of Defendant)*

18    500 Brook Road, Conshohocken PA 19428

19                     *(Defendant's place of work)*

20

21    **Defendant's title or position is** Ceo of Vivica Fox Hair

22                            *(Defendant's title or position at place of work)*

23    **This Defendant is sued in his/her (check one or both):**

24        ☐ **individual capacity**        ☒ **official capacity**

25    **This Defendant was acting under color of law because** defendant is a part of the

26   charade of witchcraft.

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Edward Thomas Hardy_____ works at
       *Insert ¶ #*                        *(full name of Defendant)*

2

3    _12-26 Lexington Street, London, W1F 0LE, UK_____
                              *(Defendant's place of work)*

4

5    Defendant's title or position is _United Agents Ltd_____.
                              *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7

8    ☐ individual capacity            ☒ official capacity

9    This Defendant was acting under color of law because _defendant is a part_

10   _of the charades of Witchcraft_____

11

12

13

14

15

16   ___. Defendant _Russell Crow Sea Escape Travel & Instruction_ works at
       *Insert ¶ #*                        *(full name of Defendant)*

17

18   _2795 E. Bidwell St #100-320 Folsom CA 95630_____
                              *(Defendant's place of work)*

19

20   Defendant's title or position is _Russel_____.

21                              *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity            ☒ official capacity

25   This Defendant was acting under color of law because _defendant is a part_

26   _of the charades of witchcraft_____

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. **Defendant** Conservatives and Unionist Party works at

2  *Insert ¶ #*  *(full name of Defendant)*

3  4 Matthew Parker Street, London SW1H 9HQ

4  *(Defendant's place of work)*

5  Defendant's title or position is Chief Executive: Stephen Massey

6  *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8  ☐ individual capacity          ☒ official capacity

9

10  This Defendant was acting under color of law because defendant is a part of

11  the charade of witchcraft. Ex: Stephen Massey symbolizes St.

12  Stephen Mass. The address symbolizes Matthew 4:1 - Then was Jesus

13  led up of the Spirit into the wilderness to be tempted of the devil.

14

15

16  ___. **Defendant** Rose McGowan works at

17  *Insert ¶ #*  *(full name of Defendant)*

18  49 West 37th Street 15th floor New York, NY 10018

19  *(Defendant's place of work)*

20

21  Defendant's title or position is Actress

22  *(Defendant's title or position at place of work)*

23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of the

26  charade of witchcraft. Ex: Rose used to date Marilyn Manson, she played

27  the witch Paige Matthews on the TV series Charmed, and she has also

28  played in Devil in the Flesh, etc

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Tracy Lauren Marrow (ICE-T) works at
     Insert ¶ #                    *(full name of Defendant)*

2

3    8383 Wilshire Blvd Suite. 1000 Beverly Hills CA 90211 .
                          *(Defendant's place of work)*

4

5    Defendant's title or position is Talent Management Company (Artist) .
                                    *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity        ☐ official capacity

9

10   This Defendant was acting under color of law because defendant was

11   used in a charade of witchcraft. Ex: Tracy is a unisex name which

     can also resemble bisexual and/or Dionysus because He's a man with a woman

12   sounding name. ICE T symbolizes a drink and Ice is another name for

13   Crystal Meth then T is my middle initial also ICET can symbolize CHRIST because

14   you know ICE can mean Crystal so using phonics, add chr, replace CE with s, and drop

15   the al then you get Christ (remove T you get Chris which is a boy name taken from a

     girl name and Chrys is another name for crystal meth). #Play on words is perversion

16   T is also my partners middle initial.

17   ___. Defendant Richard Anthony Wolf (Dick Wolf)(Wolf Films) works at
     Insert ¶ #                    *(full name of Defendant)*

18   100 Universal City Plaza Bldg. 2252 Universal City CA 91608 .
                          *(Defendant's place of work)*

19

20   Defendant's title or position is Wolf Entertainment Films
                                    *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☒ official capacity

25   This Defendant was acting under color of law because defendant was used

26   in a charade of witchery. Ex: Richard = Rich + Anthony = St Anthony +

27   Wolf = beast. His nick name Dick= Penis + Wolf = Beast. His company

28   Wolf = Beast + Films = photoplay. All this sums up is play on words that

     have hidden meanings & so do movies, music, etc.

1 ___. Defendant _____Steven Spielberg, DreamWorks Animation_____ works at
2 Insert ¶ #                              (full name of Defendant)
3 1000 Flower Street, Glendale CA 91201
                                    (Defendant's place of work)

4

5 Defendant's title or position is Director, Producer, and Writer
6                                  (Defendant's title or position at place of work)

7 This Defendant is sued in his/her (check one or both):
8         ☐ individual capacity              ☑ official capacity

9

10 This Defendant was acting under color of law because  defendant is a
11 part of the charades of witchcraft

12 _____

13 _____

14

15

16 ___. Defendant _____Christian Louis Ntsay_____                    works at
17 Insert ¶ #                              (full name of Defendant)
18 P.O. Box 3243, Roosvelt Street W21K19, Abbis Ababa, Ethiopia
                                    (Defendant's place of work)

19

20 Defendant's title or position is Prime minister of Madagascar
21                                  (Defendant's title or position at place of work)

22

23 This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity              ☑ official capacity

25 This Defendant was acting under color of law because  defendant is a
26 part of the charades of witchcraft

27 _____

28 _____

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Lao _____ works at

_Insert ¶ #_                 (full name of Defendant)

Phon Xay Rd, P.O. Box 4107, Vientiane, Lao PDR
                             (Defendant's place of work)

Defendant's title or position is Director General (re: Santisouk PHOUNESAVATH
                                     (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

     ☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of a charade of witchcraft. Ex: One of Africa religions is LAO which made it easy to confuse with witchcraft being tied behind the back of blacks while using OSHUN, LAO, Shamanism and making them seem like they were the ones behind CUBA, LAOS, RUSSIA, CATHOLIC when it wasn't Africa it was sorcery of CATHOLIC

___. Defendant Daniel Michael DeVito Jr. _____ works at

_Insert ¶ #_                 (full name of Defendant)

Jersey Films 2nd Avenue Inc. PO Box 491246 LA CA 90049
                             (Defendant's place of work)

Defendant's title or position is Film Maker
                                   (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

     ☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of a charade of witchcraft. Ex: He did the movie Matilda which was a little girl with supernatural gifts aka witchcraft

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Denzel Washington_____ works at

Insert ¶ #                (full name of Defendant)

2    9601 Wilshire Blvd 3rd Floor Beverly Hills CA 90210

3                        (Defendant's place of work)

4

5    Defendant's title or position is _Actor & Producer_____

                        (Defendant's title or position at place of work)

6    This Defendant is sued in his/her (check one or both):

7            ☐ individual capacity        ☒ official capacity

8

9    This Defendant was acting under color of law because _defendant is part of the_

10    _charades of witchcraft. Ex:_ Did the Book of ELI, Training Day, etc

11    Book of ELI displayed him having the last bible and attempting

12    to save the world

13

14

15

16    ___. Defendant _Lamb County, Texas_____ works at

Insert ¶ #                (full name of Defendant)

17

18    100 16th Drive Littlefield, Texas 79339

                        (Defendant's place of work)

19

20    Defendant's title or position is _Chief of Staff: Cynthia Bussey_

                        (Defendant's title or position at place of work)

21

22

23    This Defendant is sued in his/her (check one or both):

            ☐ individual capacity        ☒ official capacity

24

25    This Defendant was acting under color of law because _defendant is part of the_

26    _charades of witchcraft. Ex:_ Jesus Christ of Nazareth is the Lamb slain

27    before the foundation of the earth. So, Lamb County is exploiting

28    God.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant (Tiger Woods) Eldrick Woods ___ works at

Insert ¶ #                          *(full name of Defendant)*

2

3    121 Innovation Drive Suite 150, Irvine CA, 92617 ___

*(Defendant's place of work)*

4

5    Defendant's title or position is  Tiger Woods Foundation

*(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

     ☐ individual capacity          ☒ official capacity

8

9

10   This Defendant was acting under color of law because  defendant is a part

of another parties charades of witchcraft. Example: Tiger symbolize habitats

11   across South/SouthEast Asia, China, & Russia (Siberia, India, Thailand, Nepal, Bangladesh, Laos,

12   Vietnam, Bhutan, etc). Woods symbolize forests, jungles, etc which are Tigers Habitats.

13   This sorcery of a nickname has kept people in power due to Eldrick Woods aka Tiger

14   Woods still being alive and this is why stars (black) have been being killed because

     after they're used knowingly or unknowingly they get discarded for another person's sorcery so

15   they are sacrifices as well.

16   ___. Defendant (Chris Rock) Christopher Julius Rock III ___ works at

17   Insert ¶ #                      *(full name of Defendant)*

18   360 South Beverly Drive, Beverly Hills, CA 90212.

*(Defendant's place of work)*

19

20   Defendant's title or position is  Comedian

21                                  *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because  the defendant is a

26   comedian with the name of Chris Rock symbolizing Crystal Meth

27   Rock and/or Christ Rock (2 Samuel 22:2 - And he said, The

28   LORD is my rock, and my fortress, and my deliverer;) the enemy used

certain people with certain names to mock God or indirectly play

as God.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant  Adam Sandler                          works at

Insert ¶ #                          (full name of Defendant)

9150 Wilshire Blvd. Suite 350, Beverly Hills CA 90212
(Defendant's place of work)

Defendant's title or position is  Actor
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part
of a charade of witchcraft. Ex: Adam was the 1ST man created
however he wasn't white so it's mockery & Adam Sandler is a comedian/
actor

___. Defendant  Stone Cold Steve Austin                   works at

Insert ¶ #                          (full name of Defendant)

Main 1 Communications, 703 Pier Avenue, B229, Hermosa Beach CA 90254
(Defendant's place of work)

Defendant's title or position is  Wrestler
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is part
of a charade of witchcraft. Ex: Stone Cold Ice Cream, Steve= Saint
Stephen, Austin, Texas= Saint Stephen Baptist Church. Also, Stone
Confederate Mountain because Jesus is the corner stone yet the world is wrestling
with me over Jesus & Myself!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

____. Defendant __Pamela Anderson__ works at

*Insert ¶ #*       *(full name of Defendant)*

2

3 __303 Chemainus Road, Ladysmith, BC V9G 1X8, Canada__ .

*(Defendant's place of work)*

4

5 Defendant's title or position is __Model/Actress__ .

*(Defendant's title or position at place of work)*

6

7 This Defendant is sued in his/her (check one or both):

☐ individual capacity      ☒ official capacity

8

9

10 This Defendant was acting under color of law because __defendant is a part of__

__the charades of witchcraft. Ex: Anderson is my mothers last name.__

11 __She plays in "BayWatch", The Nanny, Naked Souls, Stripperella, The Institute, Foreign__

12 __Affair, Doppelganger, Pamela's Garden of Eden, etc all these movies signify problems__

13 __that the black woman has had to fight behind as others get glory (gain praise)__

14 __for mocking our struggle.__

15

16

17 ____. Defendant __Angelina Jolie__ works at

*Insert ¶ #*       *(full name of Defendant)*

18 __1048 Irvine Avenue, Suite 624, Newport Beach CA 92660__

*(Defendant's place of work)*

19

20 Defendant's title or position is __Actress__

*(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity      ☒ official capacity

25 This Defendant was acting under color of law because __defendant is a part of__

26 __the charades of witchcraft. Ex: Plays in Maleficent the powerful fairy who lives in the__

27 __Moors. She also plays in "Girl Interrupted", "Tomb Raider", "Salt", Hackers,__

28 __Alexander, Russian Media Monitor, etc. All these movies are symbolic to what's__

__happening and she even has foster kids which coincides with my fight__

__over my seed.__

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant  Brad Pitt                                    works at
   Insert ¶ #                    (full name of Defendant)

2  9150 Wilshire Blvd Suite 350, Beverly Hills CA 90212
                              (Defendant's place of work)

5  Defendant's title or position is  Actor
                              (Defendant's title or position at place of work)

6  This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity                    ☑ official capacity

9  This Defendant was acting under color of law because  defendant did a movie
10 named snatch which was filmed in Tooting Bec Lido. It was
11 Brad Pitt's Boxing pool. He plays in Babylon, WorldWar Z, Seven, spy game,
12 12 years a slave, Killing them softly, Babel etc. All these movies signify biblical
13 stories yet are played out from a different perspective. Also, he was married
14 to Angelina Jolie.

16 ___. Defendant  London Borough of Lambeth Tooting High Street Jobcentre works at
   Insert ¶ #                    (full name of Defendant)

17 11 Tooting High St, London SW17 0SU, United Kingdom
                              (Defendant's place of work)

20 Defendant's title or position is  Federal Government of London (Re: Sadiq Aman Khan)
                              (Defendant's title or position at place of work)

23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity                    ☑ official capacity

25 This Defendant was acting under color of law because  defendant is a part of the
26 charades of witchcraft. Ex: Lamb=Jesus=Provider however here Lambs
27 JOB-(Job/employment) as centre. Here you see Satan using Jobs' name to gain
28 control of humans because in the Bible Satan had gotten control over
   Jobs life from God. The Name JOB sounds like J.O.B (employment) so that
   has become the center of their ___) focus which is disobedience & Idolatry;
   then that leads the people to walk in Rebellion which is the seed of
   Rebellion. God must be put in the Centre of Everything

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _The Dreevn (Terius Adamu Ya Gesteelde-Diamant)_ works at
*Insert ¶ #*                        *(full name of Defendant)*

_133 Peachtree St, NE, #4070  Atlanta Georgia  30303_ .
                        *(Defendant's place of work)*

Defendant's title or position is _Artist_ .
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_
_the charades of witchcraft. Ex: He did the song Wedding Crasher &_
_Nikki's Dialogue_

___. Defendant _Rome, New York_ works at
*Insert ¶ #*                    *(full name of Defendant)*

_198 N. Washington St  Rome NY 13440_ .
                    *(Defendant's place of work)*

Defendant's title or position is _Mayor : Jacqueline M. Izzo_ .
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_
_the charades of witchcraft. Ex: This is a replica of Rome in Italy._
_This is why it's confusing people which they wanted to do to keep the chosen_
_ones out of the promised land so they can't get their inheritance and_
_the enemy can keep making merchandise of humans. This is NOT the_
_Biblical Rome and many people ___ have been deceived because NY_
_is also called the City of Gods which is another replica of Rome, Italy_
_and this is sorcery because its manipulation of our History_

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Mary Mary (Ericka and Trecina Campbell) works at

2  Insert ¶ #                        *(full name of Defendant)*

3  550 Madison Ave, Fl 24, New York City, NY 10022

   *(Defendant's place of work)*

4

5  Defendant's title or position is Artist @ Columbia Records

6                        *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8      ☐ individual capacity        ☒ official capacity

9

10 This Defendant was acting under color of law because defendant is a part of

11 the charades of witchcraft. Ex: Mary Mary is symbolically

12 worshiping Mary the mother of Jesus & Mary Magdalene. They also have

13 a song called God in Me yet it also glorifies worldly possession

14

15

16 ___. Defendant Tasha Cobbs (Natasha Tameika Cobbs) works at

17 Insert ¶ #                        *(full name of Defendant)*

18 101 Winners Circle North, Brentwood, Tennessee 37024

                        *(Defendant's place of work)*

19

20 Defendant's title or position is Capitol Christian Music Group Artist

21                        *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity        ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: Did the song "I'm getting ready" w/

27 secular artist Nicki Minaj and that placed the church in a dangerous

28 position. Placing the world in a song ~~reverencing~~ Christ Jesus where the artist
   mixed worldly gain with spiritual praise.          reverencing

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant *Genesis* _____ works at
       *(full name of Defendant)*

2    P.O Box 2LB London, Greater London, UK W1A 2LB
3                                 *(Defendant's place of work)*

4

5    Defendant's title or position is *Artist of LONDON RECORDS*
                                        *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity          ☒ official capacity

8

9    This Defendant was acting under color of law because *defendant is a part of*
10   *the charades of witchcraft. Ex: Genesis is a rock band that*
11   *came from Charterhouse School in UK. Its like them attempting*
12   *to rewrite my story*
13

14

15

16   ___. Defendant *Mystykal (Michael Lawrence Tyler)* works at
       *(full name of Defendant)*

17
18   1755 NE 149th St, Miami, Florida, 33181
                        *(Defendant's place of work)*

19

20   Defendant's title or position is *Artist of Cash Money Records*
                                        *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because *defendant is a part of*
26   *the charades of witchcraft. Ex: Mystykal symbolizes Mysticism*
27   *which is a form of witchcraft. Also, he is also known by "G Money"*
28   *and "Money" is my dad's nickname*

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___ . Defendant *Jennifer Lopez* _____ works at
*Insert ¶ #*      *(full name of Defendant)*

*10100 Santa Monica Blvd Suite 1700  Los Angeles CA 90067* .
         *(Defendant's place of work)*

Defendant's title or position is *Artist @ Nuyorican Productions Inc.* _____
         *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

     ☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because *defendant is a part of the charades of witchcraft. Ex: Jennifer Lopez has played in a lot of movies, dated Marc Anthony, and did the song Jenny from the block (that talks about rocks*

___ . Defendant *Megan the Stallion (Megan Jovon Ruth Pete)* _____ works at
*Insert ¶ #*      *(full name of Defendant)*

*540 West 26th St New York, NY 10001*
         *(Defendant's place of work)*

Defendant's title or position is *Artist of ROC Nation* _____
         *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

     ☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because *defendant is a part of the charades of witchcraft. Ex: She was born in San Antonio, TX and she has been a part of ROC Nation with the overseer being The Carters (Jay-Z & Beyonce) which means she is a weapon of destruction when it come to destroying those who are a threat to this Empire.*

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Red Bull_____ works at

Insert ¶ #                          *(full name of Defendant)*

_1st floor, C-Wing, 215 Atrivim, Andheri E, Mumbai-93 India_

*(Defendant's place of work)*

Defendant's title or position is _CEO: Bhaskar Sharma_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Red Bull symbolizes a superficial energy_____

___. Defendant _Nick Cannon_____ works at

Insert ¶ #                          *(full name of Defendant)*

_15260 Ventura Blvd, Suite 1750, Sherman Oaks CA 91403_

*(Defendant's place of work)*

Defendant's title or position is _Actor_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Nick symbolizes St Nicholas in whom they supposedly founded Christmas after. Cannon symbolizes Roman Catholic, Greek Orthodox, & every other religion that canonizes names (meaning making somebody a saint which is witchcraft and Idolatry)_

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Edward Thomas Hardy ___ works at

2  Insert ¶ #                    *(full name of Defendant)*

3  12-26 Lexington St. London, W1F OLE, UK .
                    *(Defendant's place of work)*

4

5  Defendant's title or position is United Agents Ltd
                                    *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7

8  ☐ individual capacity          ☒ official capacity

9

   This Defendant was acting under color of law because defendant is a

10

11  part of the charades of witchcraft ___

12  ___

13  ___

14

15

16  ___. Defendant Russell Crowe ___

17  Insert ¶ #                    *(full name of Defendant)*            works at

18  P.O. Box 826, Coffs Harbour NSW 2450, Australia .
                    *(Defendant's place of work)*

19

20  Defendant's title or position is Actor

21                                    *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because of Witchcraft,

26  Ex: Russell Crowe played in The Pope's Exorcist, Gladiator, Noah,

27  The Mummy, The man with the Iron fists, A beautiful Mind, etc.

28  all these have something to do with the mockery of the Bible

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Tony! Toni! Toné! _____ works at
2  Insert ¶ #                          *(full name of Defendant)*
3  8255 8th Ave New York City, NY, 10019 _____
   *(Defendant's place of work)*

4

5  Defendant's title or position is Artist @ Mercury Records .
   *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7  ☐ individual capacity        ☒ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft. Ex: Song its our anniversary
11 _____
12 _____
13 _____

14

15

16 ___. Defendant Birdman (Bryan Christopher Williams) works at
17 Insert ¶ #                          *(full name of Defendant)*
18 3779 Cahuenga Blvd, Studio City, CA 91604 _____
   *(Defendant's place of work)*

19

20 Defendant's title or position is Artist @ Republic Records .
   *(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity        ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Ex: Nickname "baby" like the animations
27 of the bird (crane) carrying the baby till it drops the baby off at
28 its destination _____

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Midland Texas** works at

*Insert ¶ #*                    *(full name of Defendant)*

300 N. Loraine  Midland, Texas  79701

*(Defendant's place of work)*

Defendant's title or position is Councilman: Scott Dufford

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Loraine is the name of this girl I know from Florence who we call Monster.

___. Defendant **Alyssa Milano** works at

*Insert ¶ #*                    *(full name of Defendant)*

23705 Vanowen Street Suite 290 West Hills, CA 91307

*(Defendant's place of work)*

Defendant's title or position is Peace By Peace Productions Inc.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Milano is in Italy where their motto streaming from Visconti Milan is: never violate the ways of serpent (paraphrased)

___

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant __Toni Romiti (Antoinette Nicole Romiti Coleman)__ works at
2    Insert ¶ #                                    *(full name of Defendant)*
3    __58 Wood Lane, London, London W12 7RZ__
                                    *(Defendant's place of work)*
4
5    Defendant's title or position is __FRTY-FVE Artist__
                                    *(Defendant's title or position at place of work)*
6
7    This Defendant is sued in his/her (check one or both):
8            ☐ individual capacity            ☒ official capacity
9
10   This Defendant was acting under color of law because __defendant is a part of__
11   __the charades of witchcraft. Ex: Toni Romiti symbolize Tony equals__
12   __Rome plus Italy then 5+8=13 symbolizing Rebellion and Wood Lane__
13   __in London__
14
15
16   ___. Defendant __Mary J. Blige__ works at
17   Insert ¶ #                                    *(full name of Defendant)*
18   __729 7th Ave FL 12, NY, New York 10019__
                                    *(Defendant's place of work)*
19
20   Defendant's title or position is __Ex Uptown Record Artist__
                                    *(Defendant's title or position at place of work)*
21
22
23   This Defendant is sued in his/her (check one or both):
24           ☐ individual capacity            ☒ official capacity
25   This Defendant was acting under color of law because __defendant is a part of__
26   __the charades of witchcraft. Ex: I used to live in the Uptown__
27   __in Compton & I loved singing Mary J. Blige songs thinking about life.__
28

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Queen Latifah (Dana Elaine Owens)_ works at
       Insert ¶ #                    _(full name of Defendant)_
2
3    119 Washington Ave Suite 400, Miami Beach, FL 33139
                          _(Defendant's place of work)_
4

5    Defendant's title or position is _American Rapper_ .
6                                    _(Defendant's title or position at place of work)_

     This Defendant is sued in his/her (check one or both):
7
          ☐ individual capacity          ☒ official capacity
8

9    This Defendant was acting under color of law because ~~the defendant is an~~
10   actress and rapper who goes by the name Queen Latifah
11   and she was used in another parties charades of witchcraft
12

13
14
15

16   ___. Defendant _Martin Lawrence_ works at
       Insert ¶ #                    _(full name of Defendant)_
17

18   9336 Civic Center Dr Beverly Hills CA, 90210
                          _(Defendant's place of work)_
19

20   Defendant's title or position is _Actor / Comedian_ .
21                                    _(Defendant's title or position at place of work)_

22
     This Defendant is sued in his/her (check one or both):
23
          ☐ individual capacity          ☒ official capacity
24
     This Defendant was acting under color of law because ~~the defendant is an~~
25
26   actor and comedian who had a sitcom in the 90's called
27   in which he would role play as himself then turn into Shanaynay (a ghetto black
28   woman) that's playing a transgender and "Shenae" was my birth middle name
     before it was changed after I was adopted which still dealt with the same thing
     because of Victoria being my name____ and Victoria's secret was supposedly she
     was a man which symbolizes Dionysus or Victoria the Queen & for
     Shanae (aka Nana) was a Jamaican Queen named Nanny aka Nana but
     instead I was insulted by the demeaning Transgender titles

       ⑦ /                    Page Number
                   Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Redbox Automated Retail LLC_ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_1 Tower Lane Ste 1200 Oakbrook Terrace, IL, 60181_.

*(Defendant's place of work)*

Defendant's title or position is _Jonathan Katz_.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Artificial Intelligence_

___. Defendant _Steven Andrew Soderbergh_ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_850 Washington Blvd. Culver City, CA 90232_.

*(Defendant's place of work)*

Defendant's title or position is _Film Director (Anonymous Content)_.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft._

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant (Tyler Perry) Emmit Perry Jr. works at

2   *Insert ¶ #*          *(full name of Defendant)*

3   PMB 140, 5411 10th St, NW Atlanta, GA 30318 .
                    *(Defendant's place of work)*

4

5   Defendant's title or position is The Tyler Perry Studios

6                    *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity         ☒ official capacity

8

9   This Defendant was acting under color of law because the defendant is an

10  actor who plays Madea (transgender/a twisted truth) as comedy

11  however it desensitized humanity to their Godly morality as if it's

12  ok then he promotes a lot of family movies with Madea which

13  is not the proper ordinance of God nor is it the proper way

14  to rebuild the structural foundation of the Black Families. His movies Acrimony,

15  Madea's Reunion (maybe more are a mockery of my life & story), Just like Ice Cube

16  Barbershop w/Tyga

    ___. Defendant Will Smith                               works at

17  *Insert ¶ #*          *(full name of Defendant)*

18  1409 Cold Canyon Rd, Calabasas CA 91302 .
                    *(Defendant's place of work)*

19

20  Defendant's title or position is    Actor

21                    *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity         ☒ official capacity

25  This Defendant was acting under color of law because the defendant is an

26  actor who plays in I ROBOT (technology enslaving humanity), I am Legend

27  directed by Francis Lawrence as he plays Neville with his German Shepherd (when Charles the

28  Great was made Emperor of Rome while being the King of Franks the Roman empire
    was in Germany), He also did Independance Day and Hancock (perverted word play
    Hancock like Jacking off smh) _____
                              *Page Number*

                Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ____Theatre at the Ancient City of Epidaurus____ works at

*Insert ¶ #*                          *(full name of Defendant)*

____Archaia Epidauros 210 59, Greece____.

*(Defendant's place of work)*

Defendant's title or position is ____paganism____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ____defendant is a part of____

____the charades of witchcraft____

_____

_____

_____

___. Defendant ____Sanctuary of Asclepius____ works at

*Insert ¶ #*                          *(full name of Defendant)*

____Epidavros Municipality 210 52, Greece____.

*(Defendant's place of work)*

Defendant's title or position is ____Sanctuary of Asclepius____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ____defendant is a part of____

____the charades of witchcraft. Ex: Asclepius had a serpent entwined staff. He____

____is the ancient Greek god of medicine.____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Temple of Apollo** _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

**Delphi 330 54, Delfi 330 54, Greece** .

*(Defendant's place of work)*

Defendant's title or position is _____ Paganism _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft: Pytho, was an ancient sacred precinct and the seat of Pythia, the major oracle who was consulted about important decisions throughout the ancient classical world.

___. Defendant _____ **Temple of Zeus** _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

**Archaia Olympia 270 65, Greece** .

*(Defendant's place of work)*

Defendant's title or position is _____ Paganism _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____**Delphi Archaeological Museum**_____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____**Delphi 330 54, Greece**_____.

*(Defendant's place of work)*

Defendant's title or position is _____**Paganism**_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of**
the charades of witchcraft. Ex: Delphi took its name from the Delphyne,
the she-serpent(drakaina)who lived there and was killed by the god Apollo
the male serpent was (drakon) Python.Delphi's known 2 be center of earth

___.  Defendant _____**Apollon Camping Delphi Greece**_____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____**Apollonos 2 Delphi  P.O. 33054Greece**_____.

*(Defendant's place of work)*

Defendant's title or position is _____**Ski Resort**_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of**
the charades of witchcraft.

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Mount Parnassus** _____ works at

*Insert ¶ #*                                *(full name of Defendant)*

**Rachnova, Parnassus, Tithorea 350 15, Greece** .

*(Defendant's place of work)*

Defendant's title or position is _____ **Paganism** _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex: famed as the Home of the Muses; sacred to gods Apollo, Dionysus, Pan, Corycian nymphs, etc**

_____

___. Defendant _____ **Theatre at the Ancient City of Epidaurus** _____ works at

*Insert ¶ #*                                *(full name of Defendant)*

**Archaia Epidauros 210 59, Greece** .

*(Defendant's place of work)*

Defendant's title or position is _____ **Paganism** _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft.  Ex: Has a sanctuary dedicated to the Greek god Asclepius. It also had a skene(backdrop for playwrights), orchestra, and**

_____

___. Defendant **Domus Aurea** works at

*Insert ¶ #*                         *(full name of Defendant)*

**Viale della Domus Aurea 1, 00184 Rome Italy** .

*(Defendant's place of work)*

Defendant's title or position is **Nero Golden palace** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex: Nero, Caesar**

___. Defendant **Metropolitan City of Rome** works at

*Insert ¶ #*                         *(full name of Defendant)*

**via IV Novembre, 119/a - 00187 Roma** .

*(Defendant's place of work)*

Defendant's title or position is **Mayor Roberto Gualtieri** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft.**

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _San Antonio del Sur_ works at

2   _Insert ¶ #_                                 _(full name of Defendant)_

3   Paseo del Prado no 422 between San Jose and Dragones. Captiol – Old Havana. Havana, Republic of Cuba

_(Defendant's place of work)_

4

5   Defendant's title or position is _Mayor: Marieta Gamez Borges_ .

_(Defendant's title or position at place of work)_

6

7   This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity            ☒ official capacity

9   This Defendant was acting under color of law because ~~defendant is a part of~~

10  the charades of witchcraft. Eo: located in Cuba and another way

11  to try and blackmail my partner. It's all about Games of

12  hide & seek

13

14

15

16  ___. Defendant _Austin Texas_ works at

17  _Insert ¶ #_                                 _(full name of Defendant)_

18  301 W. Second St, Austin TX 78701

_(Defendant's place of work)_

19

20  Defendant's title or position is _Mayor: Kirk Watson_ .

_(Defendant's title or position at place of work)_

21

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity            ☒ official capacity

25  This Defendant was acting under color of law because ~~defendant is a part of~~

26  ~~the charades of witchcraft.~~ Eo: Kirk = Kirk Franklin, Watson = Watt (LIGHT)

27  son, Austin = Austin Powers who was a spy and Powers is my partners

28  last name. But also Patrick Anthony Powers who was the treasurer of Universal and

is buried in NY @ Holy Cross Cementary & most of them are owned by Catholics. Also

Texas = Beyonce and New York = ~~Page Number~~ (City of Gods) = Jay-Z plus Defense (Beyonce

Austin just got diagnosed with Prostate Cancer. It's a systematic curse

dealing with people playing a Names game.

1    ___. Defendant LabCorp Corporate Headquarters works at
Insert ¶ #            (full name of Defendant)

2    531 S. Spring Road  Burlington, N.C. 27215 .
3                (Defendant's place of work)

4

5    Defendant's title or position is Adam Schechter (Ceo) .
                (Defendant's title or position at place of work)

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☒ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. Ex: Blood disappeared approx. 3 times on

11

12   _____

13   _____

14

15

16   ___. Defendant Tiempo 21 Editorial/Radio Victoria works at
17   Insert ¶ #            (full name of Defendant)

18   Calle Colón 157, between Fraisco Vega and Julian Santana, Las Tunas, Cuba 76100.
                (Defendant's place of work)

19

20   Defendant's title or position is Director: Alius La Barrios Leyva
21                (Defendant's title or position at place of work)

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. Ex: This broadcasting station is in a country where they're communist

27   as if I'm standing with communism when I'm the one fighting Communism from its Agenda

28   in America the violated my rights. People been cheating by using sorcery
     and mirror magic. I struggle with stomach problem & had a Colonoscopy (semi)

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Crypto Arena_____ works at
    *Insert ¶ #*                *(full name of Defendant)*
2
3   _1111 S. Figueroa St, Los Angeles CA 90015_____.
                        *(Defendant's place of work)*
4
5   Defendant's title or position is _CEO: Dan Beckerman of AEG, Inc_____.
                                    *(Defendant's title or position at place of work)*
6
7   This Defendant is sued in his/her (check one or both):
8       ☐ individual capacity              ☒ official capacity
9
    This Defendant was acting under color of law because _defendant is a part of_
10  _the charades of witchcraft. Ex: I worked a Crypto as a food_
11  _server however I was hired by Blue Crew but I believe_
12  _this was to help advance Crypto Currency by having me work_
13  _at Crypto Arena._
14
15
16  ___. Defendant _Blue Crew_____ works at
    *Insert ¶ #*                *(full name of Defendant)*
17
18  _2015 W. Grand Ave, Ste B, PMB 63703 Chicago IL 60612_.
                        *(Defendant's place of work)*
19
20  Defendant's title or position is _CEO: Stephen Avalone_____.
                                    *(Defendant's title or position at place of work)*
21
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity              ☒ official capacity
    This Defendant was acting under color of law because _defendant is a part of_
25  _the charades of witchcraft. Ex: Hired me on gig app to work at_
26  _Crypto & Fashion Nova_
27
28  _____

                        _____
                        Page Number
                Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Hollywood Palladium** works at

<small>*Insert ¶ #*</small>        <small>*(full name of Defendant)*</small>

**6215 Sunset Blvd, Los Angeles CA 90028**

<small>*(Defendant's place of work)*</small>

Defendant's title or position is **Palladium Investors Ltd (Concert Hall)**

<small>*(Defendant's title or position at place of work)*</small>

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Exs I was hired to work at the Palladium and got dismissed for No reason however the word Palladists is a type of Satanist who take orders from demons according to Leo Taxil and the 1890's Taxil Hoax. I was hired by "Singleton Brite Cleaning" to work as a Cleaner @ the Hollywood Palladium/The Wiltern**

___. Defendant **Singleton Bri Cleaning LLC** works at

<small>*Insert ¶ #*</small>        <small>*(full name of Defendant)*</small>

**22697 Ventura Blvd #694 Woodland Hills CA 91364**

<small>*(Defendant's place of work)*</small>

Defendant's title or position is **Alicia White (owner**

<small>*(Defendant's title or position at place of work)*</small>

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Exs Hired People to clean The Wiltern/Palladium then released me for no reason after using me for B2XST Concert**

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Walden Media Productions LLC _____ works at
Insert ¶ #                    *(full name of Defendant)*

10201 W. Pico Blvd #52  Los Angeles CA 90064 .
                    *(Defendant's place of work)*

Defendant's title or position is President Frank Smith .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Walt Disney <-> Walden Media

___. Defendant San Antonio de los Baños _____ works at
Insert ¶ #                    *(full name of Defendant)*

Pases del Prado no 922 between Sartose and Dragones. Capitol-Old Havana. Havana. Republic
                    *(Defendant's place of work)*                                         of Cuba.

Defendant's title or position is President: Bladimir Pareda Rodriguez .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Symbolic to Vladimir Putin who is
the President over Russia. then it is named San Antonio
which is my partners name so there they go trying to Black mail
him again too

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

"Vladimir I. Lenin"

1  ___. Defendant Universidad de Las Tunas Campus "Vladimir I. Lenin" works at
2  *(full name of Defendant)*
   Avenida 30 de Noviembre S/N, Reparto Aurora, Las Tunas, Cuba, 75100.
3  *(Defendant's place of work)*

4
5  Defendant's title or position is Rector; Dr. C. Yoenia Vigoa Barbán Sarduy.
   *(Defendant's title or position at place of work)*
6
7  This Defendant is sued in his/her (check one or both):
8  ☐ individual capacity        ☒ official capacity

9  This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft. Ex: Vladimir Lenin symbolizes Vladimir Putin
11 the president of Russia. Also, this school had a Department of
12 Marxism-Leninism and a Social Observatory.
13

14

15

16 ___. Defendant Victoria de Las Tunas (Las Tunas                 works at
17 *(full name of Defendant)*
   Palace of the Revolution, Central Committee of the PCC, Avenida Carlos Manuel de Céspedes,
18 *(Defendant's place of work)*                                    Havana, Cuba
19

20 Defendant's title or position is Mayor Arcadio Javier Estrada Diaz
21 *(Defendant's title or position at place of work)*

22
23 This Defendant is sued in his/her (check one or both):
24 ☐ individual capacity        ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Ex: This was the only address I could find for Cuba.
27 My name is Victoria Tenisha just like Tunisia Republic in North Africa. This city split  from
28 the Oriente Province around 1976. Cuba worships Oshun just like Africa. They also sell
   sugarcane, beeswax, honey, etc. (once again I smell the Carters (Beyoncé)
   in my shadows while pretending          to be me. She chose to stand with
   China after I found their hidden communist agenda in our congressional
   records from 1962 which is when the 1st President that was Catholic was in office
   John F. Kennedy / Beyoncé is Catholic. I communist she is backing NOT ME!!



*The Fall of Man*                    *Fall Began September 23, 2023*

Robbery of Front Door - Temple (Body) and Temple (Residence) (Garden)

Using the Back Door - Perverting Sound, words, Sex, Senses, etc

Result = Serpent Steals, Kills, and Destroys

### IV. STATEMENT OF FACTS

(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

1 . Genesis 3: 1-24 ① Now the serpent who was more subtile
_Insert ¶ 8_
than any beast of the field which the LORD God had made.
And he said unto the woman, Yea, hath God said, Ye shall
not eat of every tree of the garden? ② And the woman said
unto the serpent, We may eat of the fruit of the trees of the
garden: ③ But of the fruit of the tree which is in the midst
of the garden, God hath said, Ye shall not eat of it, neither

2 . shall ye touch it, lest ye die. ④ And the serpent said
_Insert ¶ 8_
unto the woman, Ye shall not surely die: ⑤ For God doth
know that the day ye eat thereof, then your eyes shall be
opened, and ye shall be as gods, knowing good and evil.
⑥ And when the woman saw that the tree was good for
food, and that it was pleasant to the eyes, and a tree
to be desired to make one wise, she took of the fruit thereof,

3 . and did eat, and gave also unto her husband with
_Insert ¶ 8_
her; and he did eat. ⑦ And the eyes of them both were opened,
and they knew that they were naked; and they sewed fig
leaves together, and made themselves aprons. ⑧ And they heard
the voice of the LORD God walking in the garden in the cool
of the day: and Adam and his wife hid themselves from the
presence of the LORD God amongst the trees of the garden.
⑨ And the LORD God called unto Adam, and said unto him, Where
art thou? ⑩ And he said, I heard thy voice in the garden, and

_____1_____
Page Number

4 . I was afraid, because I was naked; and I hid myself.
*Insert ¶ #* And he said, Who told thee that thou wast naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat? (12) And the man said, The woman whom thou gavest to be with me, she gave me of the tree, and I did eat. (13) And the LORD God said unto the woman, What is this that thou hast done? And the woman said, The serpent beguiled me, and I did eat. (14) And the LORD God said unto the serpent,

5 . Because thou hast done this, thou art cursed above all *Insert ¶ #* cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life. (15) And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. (16) Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children, and thy desire shall be.

6 . to thy husband, and he shall rule over thee. (17) And *Insert ¶ #* unto Adam he said, Because thou hast hearkened unto the voice of thy wife, and hast eaten of the tree, of which I commanded thee, saying, Thou shalt not eat of it; cursed is the ground for thy sake; in sorrow shalt thou eat of it all the days of thy life; (18) Thorns also and thistles shall it bring forth to thee; and thou shalt eat the herb of the field; (19) In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt t

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 7 the return ⁰And Adam called his wife's name Eve; because
Insert ¶ #

2 she was the mother of all living. ⁰Unto Adam also and to

3 his wife did the LORD God make coats of skins, and clothed

4 them. ⁰And the LORD God said, Behold, the man is become

5 as one of us, to know good and evil; and now, lest he

6 put forth his hand, and take also of the tree of life, and

7 eat, and live for ever. ⁰Therefore the LORD God sent him forth

8 from the garden of Eden, to till the ground from whence he was taken.

9

10 8 ⁰So he drove out the man; and he placed at the east of the
Insert ¶ #

11 garden of Eden Cherubim, and a flaming sword which turned

12 every way, to keep the way of the tree of Life. Genesis 4:1-26

13 (Cain and Abel) ⁰And Adam knew Eve his wife; and she conceived,

14 and bare Cain, and said, I have gotten a man from the LORD.

15 ⁰And she again bare his brother Abel. And Abel was a keeper of

16 sheep, but Cain was a tiller of the ground. ⁰And in process of

17 time it came to pass, that Cain brought of the fruit of the

18

19 9 ground an offering unto the LORD. ⁰And Abel, he also
Insert ¶ #

20 brought of the firstlings of his flock and of the fat thereof.

21 And the LORD had respect unto Abel and to his offering. ⁰But

22 unto Cain and to his offering he had not respect. And Cain

23 was very wroth, and his countenance fell. ⁰And the LORD

24 said unto Cain, Why art thou wroth? and why is thy countenance

25 fallen? ⁰If thou doest well, shalt thou not be accepted? and

26 if thou doest not well, sin lieth at the door. And unto thee shall

27 be his desire, and thou shalt rule over him. ⁰And Cain talked

3
Page Number

1   10 . with Abel his brother: and it came to pass, when they
2   *Insert ¶ #* were in the field, that Cain rose up against Abel his brother,
3   and slew him. ⑨ And the LORD said unto Cain, Where is Abel
4   thy brother? And he said, I know not: Am I my brother's
5   keeper? ⑩ And he said What hast thou done? the voice of
6   thy brother's blood crieth unto me from the ground. ⑪ And
7   now art thou cursed from the earth, which hath opened her
8   mouth to receive thy brother's blood from thy hand. ⑫ When
9

10   11 . thou tillest the ground, it shall not henceforth yield unto
11   *Insert ¶ #* thee her strength a fugitive and a vagabond shalt thou be
12   in the earth. ⑬ And Cain said unto the LORD, My punishment
13   is greater than I can bear. ⑭ Behold, thou hast driven me
14   out this day from the face of the earth; and from thy
15   face shall I be hid; and I shall be a fugitive and a
16   vagabond in the earth; and it shall come to pass, that
17   every one that findeth me shall slay me. ⑮ And the
18

19   12 . LORD said unto him, Therefore whosoever slayeth Cain,
20   *Insert ¶ #* vengeance shall be taken on him sevenfold. And the LORD
21   set a mark upon Cain, lest any finding him should kill him.
22   ⑯ And Cain went out from the presence of the LORD, and
23   dwelt in the land of Nod, on the east of Eden. ⑰ And
24   Cain knew his wife; and she bare Enoch: and he builded
25   a city, and called the name of the city, after the
26   name of his son, Enoch. ⑱ And unto Enoch was
27   born Irad: and Irad begat Mehujael: and Mehujael
28

4
Page Number

13   : begat Methusael: and Methusael begat Lamech.
*Insert ¶ #*
[19] And Lamech took unto him two wives: the name.
of the one was Adah, and the name of the other
Zillah. [20] And Adah bare Jabal: he was the father
of such as dwell in tents, and such as have cattle.
[21] And his brother's name was Jubal: he was the father
of all such as handle the harp and organ. [22] And Zillah,
she also bare Tubal-cain, an instructor of every

14   . artificer in brass and iron: and the sister of
*Insert ¶ #*
Tubal-cain was Naamah. [23] And Lamech said unto
his wives, Adah and Zillah, hear my voice; ye
wives of Lamech, hearken unto my speech: for
I have slain a man to my wounding, and a young
man to my hurt. [24] If Cain shall be avenged seven-
fold, truly Lamech seventy and sevenfold. [25] And
Adam knew his wife again; and she bare a son,

15   . and called his name Seth: For God, said she, hath
*Insert ¶ #*
appointed me another seed instead of Abel, whom Cain
slew. [26] And to Seth, to him also there was born a
son; and he called his name Enos: then began men
to call upon the name of the LORD.
✱✱✱ Now I will break down Genesis 3 and 4 to show
you the role play that has been taken place like a movie
being directed, organized, and filmed by individuals
whose main purposes were to deceive, mislead, and

5
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

16 . indoctrinate the minds of humanity while attempting
Insert ¶ 11
to steal, kill, and destroy the TRUE REMNANT OF GOD'S
CHOSEN ONES without leaving a trace of evidence
that will point out who is who, who did what, and
what methods were used as weapons of warfare *** *
Let's start with the story of Adam and Eve being the
Kings and Queens of Royalty in Europe. Then the
serpent being the spirit of perversion starting with

17 . Incest in the Royal Bloodlines in order to keep the
Insert ¶ 11
kingdom locked down. According to the Wikipedia "List
of Coupled cousins "the "Royalty in Europe" had 215
Kingdoms in Europe, that reigned under the Spirit
of Perversion because of Incest * Mind you, Perversion
only truly means a twisted truth * Let's start with
Nero Claudius Drusus born October 7 c. 14 BC in Rome,
Italy. He also went by the name Drusus Julius Caesar

18 . and he married his paternal cousin Claudia Livia
Insert ¶ 11
in AD 4 which was the same year her first husband
Gaius Caesar died. To bring my statement concurrent
to modern times, Queen Victoria of the United Kingdom
of Great Britain and Ireland from June 20, 1837 until
her death in 1901 who was also granted the title the
Empress of India in 1876 married her cousin
Prince Albert of Saxe-Coburg and Gotha stemming
from the Royal German Bloodline. Now between both

1   19. Drusus Julius Caesar and Queen Victoria of Great
    Insert ¶ #
2   Britain and Ireland there were 213 other kingdoms that
3   reigned under Perversion which sums up to a total of
4   215 kingdoms. Out of the perversion seed of incest
5   Queen Victoria's eldest son Edward VII was the first
6   Saxe-Coburg-Gotha monarch who ascended to the House of Wettin (German)
7   throne on Jan 22, 1901. When you look at Prince Albert's incest
8   with Queen Victoria you can see the serpent of sexual perversion.
9
10  20. However, the serpent appears to reflect itself in multiple
11  Insert ¶ #
12  fashions in this situation. For instance, Prince Albert and
13  Queen Victoria are not just cousins but they are husband
14  and wife; however she has the label Queen and he has
15  the label Prince right there is two other types of perversion
16  hidden ① Husband + Wife = King + Queen not Queen + Prince
17  which equals Mother and Son ② Queen + Prince in this case
18  equals Wife + Husband which means the Queen is King =
19  21: Dionysus/Transgender (breat on role) + Prince is Husband
20  Insert ¶ #
21  which reveals the Serpent from Adam and Eve's Fall because
22  when they fell she became King in the serpents Kingdom.
23  So this proves that the Europeans are the twisted TRUTH (Fallen State)
24  of my original essence that's why they've caused so much
25  damage yet dark skinned/brown skinned people have payed
26  the price. This also explains the movie "The Great Gay
27  Road" and the blackmail of America & Christianity/Jews.
28  If you look at Prince Albert and Queen Victoria

7

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1    22. as Adam and Eve then their oldest son Edward VII would
2 *Insert ¶ #*  represent Cain and by him being the first Saxe-Coburg-Gotha
3   monarch to ascend to the throne on Jan 22, 1901 that
4   means Saxe-Coburg-Gotha would represent the land of
5   Nod that Edward VII playing as Cain would build while
6   on the throne. Mind you that Cain was born of the serpent
7   seed in Genesis then he killed Abel and God placed
8   a mark on him so nobody would kill him (paraphrasing GENESIS 4)
9

10    23. Edward VII had a son named George V who was King of
11 *Insert ¶ #*  United Kingdom, British Dominions, and Emperor of India from
12   1910-1936. George V had a son named Albert Frederick
13   Arthur George (Prince Albert of York) there became King George VI
14   of United Kingdom, Dominions, and of the British Commonwealth
15   who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
16   Now watch what happened under King George VI reign and
17   also what occurred afterwards. In 1939, King George VI,
18         or

19    24. his British Empire, and most Commonwealth countries (except
20 *Insert ¶ #*  Ireland) declared war on Nazi Germany (for whatever reason
21   they proclaimed pertaining to Poland) however during WWII
22   between 1941 and 1945 Nazi Germany while under Hitler's
23   rule killed around 6 million Jews using genocide (the
24   Holocaust) as it's tool of weaponry. There was also approximately
25   5 million prisoners of war murdered as well. However, my
26   key point is that the Jews were tortured in a war that
27   wasn't even about them. This is similar to how Cain

25 . Killed Abel without cause. Now, let me rewind back
Insert ¶ # to Queen Victoria of Britain and Prince Albert of Saxe-Coburg and Gotha (House of Wettin) which stemmed from the Royal German Bloodline. Under their reign of perversion (twisted truth) due to incest is when the German chemist Albert Niemann in 1859 isolated cocaine from coca leaves and published his findings in 1860. His thesis dissertation in German is titled Uber eine neue organische Base in de Cocablattern meaning On a

26 . New Organic Base in the Coca Leaves. His paper talks about how he isolated cocaine, a crystalline alkaloid (the word crystal derives from the Ancient Greek word "Kristallos" meaning both ice" and "rock crystal". ✱ Right, here shows that in this perverted role play of Adam and Eve, being Prince Albert of Gotha (for short) and Queen Victoria, then that would make German chemist Albert Niemann out to be Cain which is their first son (the serpent seed). Crack cocaine was given to the blacks to

27 . sell in the streets which is a form of genocide against themselves & Insert ¶ # their own kind which is streets so just like the Hebrew said "Face Street, Face Down". Then coke was given to paisas which is still genocide against the blacks first since it is a substance that steas from the word. After, they obtain it and use or distribute it then they have unknowingly or waged spiritual war against Eve's seed by playing Cain and killing Abel since Abel was a keeper of sheep (Pastor/Church) however this is the backdoor of attempting to kill the kingdom of Jesus Christ

9

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

28 . of Nazareth by drugs as others profited off of the
*Insert ¶ #*
proceeds of the broken and downtrodden. This is
another way they attempted to discredit the Authenticity
of Jesus's life while robbing his church in order to
build more Cains to kill Abel. I explained drugs as
a backdoor tactic because, under the Queens reign;
Queen Victoria's oldest son represents Cain in the
world especially after being the first to ascend to

29 . to the throne, as Edward VII the King of Saxe-
*Insert ¶ #*
Coburg and Gotha (House of Wettin) from the Royal
German Bloodline. **✱✱** Moving back forward to her
great great grandson Albert Frederick Arthur George (originally
Prince Albert of York) who became King George VI of the
United Kingdom, Dominions, and British Commonwealth
and his wife Queen Elizabeth The Queen Mother. Albert
aka King George VI symbolizes Cain under the name Albert

30 . because he was named after his great-great grandfather
*Insert ¶ #*
Prince Albert (Queen Victoria's Husband) however this is according
to Kingdom (front door). But when you look at him under the
role play of Adam; then even though he waged war on Nazi
Germany; Germany would be his son Cain because the
Nazi's killed the JEWS (Able). Now, after Adolf Hitler
completed the Holocaust against the Jews he turned around
and committed suicide (just like Judas hung himself after he
betrayed Jesus and sold him to the Romans to be Crucified).

31   Now, another thing I would like to point out is
*Insert ¶ #* that, it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses etc)
and moved to Vienna (Vienna sausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.

32   He tried to get into the Academy of Fine Arts again yet they
*Insert ¶ #* rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a mans home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers

33   So his time in Vienna shaped Hitlers worldview. Hitler ended
*Insert ¶ #* up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He didn't pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War 1 ended his stint as a struggling young artist.
It was his time in Vienna and his frustrated art career that
became part of the myth-making by Hitler himself and by his

*11*
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

34 . Followers that helped drive his fateful rise to power in
Germany. Hitler railed against modern art, calling it the
"degenerate" product of Jews and Bolsheviks and a threat
to the German national identity. In 1937, the Nazis rounded
up some 16,000 works of this type from German museums
and put hundreds of them on display in Munich. The exhibition
intended to heap scorn on the artist ended up being attended
by 2 million people. Looking at Hitler's military time let's talk about

35 . drugs. The use of Methamphetamine, better known as crystal
meth, was a pill form of the drug called Pervitin and it was
distributed by the millions to the Nazi troops before their successful
invasion of France in 1940. Developed by the Temmler pharmaceutical
company, based in Berlin, Pervitin was introduced in 1938 and
marketed as a magic pill for alertness and an anti-depressant.
A military doctor experimented on 90 college students and
decided based on the results the drug would help Germany win

36 . the war. Other allied soldiers used amphetamines (speed)
in the form of Benzedrine in order to battle combat and fatigue.
Others used anesthetics like Goring whose nickname was
actually Moring from morphine. Meth was Pervitin until a
Japanese chemist, Nagai Nagayoshi first synthesized meth in
1893. In 1919 a younger protégé of Nagai named Akira
Ogata discovered another method of synthesizing the
crystalline form creating a new stimulant called
crystal meth. ** Drugs have been used as weapons

12
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

37 . of warfare, blackmail, human trafficking, etc in
*Insert ¶ #*
the USA however Americans have paid the price for
Systematic corruption and sorcery strategically organized
in Europe. *** The next perverted role play of Adam
and Eve resembles Prince Philip (The Duke of Edinburgh)
and Queen Elizabeth II. Their Marriage resembles that of
Queen Victoria when it comes to Philip being Prince and
Elizabeth II being Queen. Also, Prince Philip and Queen

38 . Elizabeth were third cousins so they're marriage is
*Insert ¶ #*
another reflection of incest. Philip was also Prince of
Greece and Denmark which would represent the Greek
religion of the Twelve Olympians starting with Zeus, the
King of gods, who was married to his sister Hera. The
other eleven Olympians were Ares, Poseidon, Athena, Demeter,
Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
Hephaestus, Hermes, and Hestia (the goddess of the hearth

39 . and sacred Flame, which was more likely the most
*Insert ¶ #*
prayed to of all gods. * Apart from these gods, the Greek pan-
theon was filled with dozens of other gods, demigods, and mortal
and immortal beings which varied by local and over the
evolution of Greek culture. A variety of other mystical
beliefs and nature spirits such as nymphs and other magical
creatures were foundational to the ancient Greek understanding
of the world around them. Now, Elizabeth II was Queen/King
of the United Kingdom and other Commonwealth realms.

Civil Rights Complaint Pursuant to U.S.C. § 1983

40. Their religion is known to be protestant for the
United Kingdom and Commonwealth. However protestant
is just a breakoff of Roman Catholics because the Roman
Catholic church split into 3 categories under christianity
which was Catholic, Eastern Orthodox, and Protestant.
But they do not represent the same belief patterns as
us because they're still governed by the Pope and their
sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising
and establishing His Kingdom. Well, under Queen Elizabeth II
reign, another form of genocide occurred. This plague or
genocide is called Covid 19. This plague killed many
people, isolated many people, and weakened humanity
within the realm of spirituality when it came to fellowship
in the temple which then turned into social religion (a
gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off
The Body of Christ by placing the True Believers of God in
a fallen state because the digital realm is created by
man and stems from space symbolizing the 2nd heaven
where the prince of darkness is when the Throne of
Jehovah Mekadesh (God our Holiness) is the third
Heaven). What this also did was attempt to mark the
Chosen Ones with the Mark of the Beast so that
Roman Catholic could pretend to be the woman

14

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

43. From Revelation 12 and The Chosen ones would look like the Red Dragon in Revelation 12 ✱✱✱ Moving Forward to the ROMAN CATHOLIC church I will give a breakdown of this church from the fallen story of Adam & Eve. The sorcery and perverted truth behind Roman Catholics ① Catholic is Adam and Eastern Orthodox (still catholic) is Eve - then The Roman Catholic Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (Let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS)) ② Roman Catholics according to Roman in the Trinity Format will sum up to ROMAN Empires as Satan acting as The Father, The AntiChrist as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the Spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-western Iran, known for it's political and cultural base of the medes) Symbolizing The AntiChrist, Greece is a Country in Southeast Europe symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN = Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the kingdom by demonizing everybody using deceptive strategies to deceive the people, and indirectly marking them with the beast.

* December 25 = Christmas = Christ Massacre, not Christ birthday.

46③. Let's now explain Adam & Eve according to Rome & Germany whiched birthed out The Holy Roman Empire. On December 25 800, Pope Leo II crowned Frankish King Charlemagne as Roman Emperor reviving the title in Western Europe. after the fall of the ancient Western Roman Empire in 476 it fell in 924 then was revived again in 962 until the 12th century as the most powerful monarch in Europe. In 1262 Ottone I Visconti

47. was elected as archbishop of Milan, Italy which earned him one of the Holy Roman Seats in Italy. after he conquered Milan from their rival Della Torre family in 1277. The Visconti of Milan are a noble Italian Family. Their motto is: "I will not violate the customs of the serpent." The Visconti was called LORD of Millan (from 1277-1395) and the Duke of Millan (from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti = Vice Comes. Vice "Deputy" + Comes "Count". * This is the backdoor way of how they marked my partner due to his gang in Chicago named "ViceLords" which is a bloodgang. Then I can break down ViceComes into Victorious Ice (Crystal Meth) LORD and Comes into Nut (Seal) Count representing the 12 tribes of Israel. Ironically, the headquarters of the Nation of Islam (False 12 tribes) is located in Chicago, Illinois as well. So this explains how
℗ for America

16
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   49. they have marked my lover as the red dragon
Insert ¶ 9
2   and as the Crystal Meth drug Lord when he doesn't
3   even sell drugs but now I see why every time I
4   was with him intimately then I wanted to smoke
5   after I left. Now, we all know that Meth was
6   in pill form first called Pervitin during Hitlers
7   reign in Germany Nazi military, then a German
8   chemist synthesized meth, and a japanese
9
10  50. chemist crystallized meth into rock form. So
11  this explains alot about Europe's Kingdom and their demonic
Insert ¶ 9
12  Church (to be continued). Moving forward, In 1356 the
13  golden bull was created without the pope (Pope Innocent
14  VI) involvement but he did not oppose it either because
15  he need the King to aid him with his enemy Visconti.
16  By not opposing it made this pope just as guilty as
17  the other side because it symbolized Idolatry. On
18
19  51. August 10, 1397 Albert II of Germany also known as Albert
Insert ¶ 9
20
21  the Magnanimous KG was elected King of the Romans as
22  Albert II. He also was king of the Holy Roman Empire,
23  and a member of the House of Habsburg (House of Austria).
24  KG stands for The Most Noble Order of the Garter. It's
25  an order of chivalry (order of knights typically founded during
26  the original Catholic military orders of Crusades (c. 1099-1291))
27  and paired with medieval concepts of ideals of chivalry
28  (code of conduct in Europe from 1170-1220), The Most Noble Order

17
Page Number

1  52 . Order of the Garter was founded by Edward III
2  Insert ¶ # of England in 1348. It is the most senior order of
3  knighthood in the British honours system except for
4  the Victoria Cross and the George Cross. Back to King
5  Albert II his wifes name was Elizabeth of Luxembourg
6  who was queen consort of Germany and Bohemia.
7  The Bohemian language of the 19th Century was the language Czech
8  of the Diet (Diet Assembly) is the general assembly of the
9

10  53 . Imperial Estates of the Holy Roman Empire. Diet is
11  Insert ¶ # also a designation for modernday legislative bodies of
12  certain countries and states such as the NATIONAL
13  Diet of Japan, or the German Bundestag the FEDERAL
14  Diet. ✳ It was two different german chemist that
15  did cocaine and amphetamine and it was a
16  japanese chemist who crystalized amphetamine and
17  created Methamphetamine (crystal meth). Also, it was
18

19  54. Elizabeth who taught me how to snort meth @ 13 yrs
20  Insert ¶ #
21  old and Albert who taught me how to smoke meth until @14 yrs old
22  I ended up pregnant with his daughter ✳ King Albert II
23  of Germany persecuted, had the Jews arrested, took their
24  belongings, etc. Before King Albert II of Germany became king
25  the Jews in the Austrian duchy had been subject to local
26  persecutions during the 13th and 14th century however their
27  position remained relatively safe. The Jewish communities
28  prospered in several towns like Krem or the area around